UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
GEORGIANNA SAVAS,

        Plaintiff,

                                                  **DKT. NO. 12 CIV. 1248**

   -against-

ZACHARIAS GEORGIOU PORTALAKIS,

        Defendant.
------------------------------------------------------------------------X

## NOTICE OF APPEARANCE

SIRS:

    PLEASE TAKE NOTICE that the Law Offices of Nicholas Patouris, 1350 Broadway, Suite 2500, New York, New York 10018, phone number (212) 213-2326 hereby appears on behalf of the Defendant Zacharias Georgiou Portalakis in the above captioned proceedings.

Dated: New York, New York
       March 12, 2012

                                                                           Yours, etc.

                                                                           *[signature]*
                                                  Law Offices of Nicholas Patouris
                                                  Attorneys for Defendant
                                                  By: Nicholas Patouris (NP 2330)
                                                  1350 Broadway - Suite 2500
                                                  New York, New York 10018
                                                  (212) 213-2326