UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____ X

GEORGIANNA SAVAS,   12 cv 1248 (VM)-(FM)
   ECF CASE

*Plaintiff,*

-against-   Affirmation Re
   Service

ZACHARIAS GEORGIOU PORTALAKIS,

*Defendant.*

_____ X

## AFFIRMATION

Alan D. Sugarman, does hereby affirm and state:

1. I am the attorney of record in this matter for the Plaintiff Georgianna Savas, and am admitted to the bar of the State of New York and to this Court.

2. The complaint was filed February 17, 2012. I make this affirmation to provide to the court the two foreign affidavits of service upon the defendant Zacharias Georgiou Portalakis — in Athens, Greece; and waiver of any contest of that service by Defendant, through counsel for the Defendant.

**The Service of March 5, 2012**

3. The first affidavit is for service upon defendant at this place of business on March 5, 2012, as shown in the Service Report dated March 6, 2012. Service was by the Greek Judicial Bailiff, Christos A. Stratigos. The Greek

Service Report (with attached certified English translation) is attached as *Attachment 1*. As shown in that Service Report, service of the summons together with the complaint, with an attached certified Greek translation, was accepted by an employee of Defendant Stathopoulos Anthimos, who stated to the Bailiff that he was authorized to accept such service. As set forth in the Service Reports the Bailiff affirms and states:

> And Since I did not find [recipient] himself at the above cited address, but his associate, employee of the company "Portalakis AEPEY" and authorized, upon statement of himself, to accept service of the documents cited above, Mr. Stathopoulos Anthimos, I hand the documents to him and he accepted service.

**The Service of March 20, 2012**

4.  A second complete service of the summons together with the complaint, with an attached, certified Greek translation, was also made by direct service on Defendant -- who accepted the service from the Greek Bailiff. This was done on March 20, 2012, as shown by the Service Report attached hereto as *Attachment 2*. That Service Reports is also provided in both Greek and English.

**Notification Of Defendant Through his New York
Counsel on March 7, 2012 and Greek Counsel on March 12, 2012**

5.  As a courtesy, on March 7, 2012 I also delivered notice of the complaint in Greek and English to Greek Counsel for Defendant, Ms. Vasiliki Betsou, and Defendant's New York Counsel Mr. Nicholas Patouris; and further, I delivered (by Federal Express) a copy of the summons and complaint to the office of Ms. Betsou — and it was received by her on March 12, 2012.

6. Thereafter, I received a telephone call from New York attorney Mr. Laurence J. Lebowitz of Ballon Stoll Bader & Nadler, P.C., who stated that he was in the process of being retained by the Defendant after being contacted by Mr. Patoruis. Thereafter Mr. Patouris made his entry of appearance.

**The Defendant's March 23, 2012 Waiver as to Service**

7. Thereafter, on March 23, 2012, counsel for Defendant agreed in writing not to contest service. In return, Plaintiff agreed not to object to enlargement of the time for Defendant to file his Answer to the complaint on or before May 17, 2012. *See* e-mail of Laurence J. Lebowitz,. *Attachment 3*. Pursuant to the applicable Rule, this date is 90 days from the day the complaint was filed.

Attachment 1   Service Report - March  6, 2012
Attachment 2   Service Report - March 20, 2012
Attachment 3   E-Mail from Laurence J. Lebowitz, March 23, 2012

**Dated:** March 28, 2012
New York, New York

/s/_____.
Alan D. Sugarman
(ADS-1209)
17 West. 70th St.
Suite 4
New York, NY 10023-4544
212-873-1371
sugarman@sugarlaw.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of this document was served on the following counsel of record by filing with the ECF system on the 28th day of March, 2012.

Mr. Nicholas Patouris, Esq.
*Counsel for the Defendant*

And that a courtesy copy was sent by email on that same day to:

Laurence J. Lebowitz, Esq.
*Co-Counsel for the Defendant*

                                               /s/
                                       Alan D. Sugarman