

BAILIFF APPOINTED TO THE CIVIL COURT OF PIRAEUS

CHRISTOS A. STRATIGOS      e mail: cstratigos@yahoo.gr – info@stratigos.gr

72 Kolokotroni str, Piraeus TK 185 35 Tel. 210 4220240 FAX 210 4220246 Mob. 6945 101418

NUMBER 10617

## SERVICE REPORT

In Athens, today on the twentieth (20) of March of the year two thousand twelve (2012) and day Tuesday and hour 10:15 p.m., me the bailiff appointed to the Civil Court of Piraeus, Christos A. Stratigos, resident of Piraeus, 72 Kolokotroni Str, acting after written order of Mr. Leonidas Koutroumanos, a lawyer admitted to Piraeus Bar and Mr. Panayiotis S. Yiannopoulos, attorneys at law of Georgianna Savvas, resident of New York, USA,

I came to service to Zacharias PORTALAKIS [son] of Georgios, resident of Athens, 8 Pesmatzoglou Str, 10674 (office) and Eleftheriou Venizelou 20, Filothei, Athens (residence),

authorized official translation from the English language, as per the translator's written certification on the accuracy and truth of the said translation, which has been executed by Mrs. Theodora Evagelinaki, Official Translator, Graduate of Ionian University, resident of Volos, 73 G. Kartalis Str. P.C. 38221, which is hereby attached alongside certified photocopies of the following documents: a) an authorized official copy of the judicial document «Summons in a Civil Action» concerning the Civil Action under docket no. 12 Civ 1248 of the US District Court for the Southern District of New York, dated 17.2.2012 and bearing ref. no. AO 440 (Rev. 12/09), b) an authorized, official copy of the judicial document of the Civil Action of Mrs. Georgianna Savas vs. Mr. Zacharias Portalakis son of Georgios, pending before the US District Court for the Southern District of New York, c) an authorized, official and apostilled copy of the document "Verification" of plaintiff Mrs. Georgianna Savas dated 15.2.2012 taken before the Notary Public of New York State, Mrs. Dacia McKenzie who certifies the authenticity of the signature of the said plaintiff as well as that the said verification was taken upon oath. This document is properly apostilled under the provisions of Hague Convention 1964.

Reference is made that alongside the said documents to be serviced, the following [documents][1] are hereby attached and co serviced in compliance to the applicable provisions of Greek Law for the service in Greece of an action in the courts of general jurisdiction and more specifically according to arts. 122, 123, 124, 125, 128, 129, 131, 135 και 137 of the Greek Code of Civil Procedure as well as the provisions of Hague Convention on the Service of Documents: a) an authorized official copy of the judicial document «Summons in a Civil Action» concerning the Civil Action under docket no. 12 Civ 1248 of the US District Court for the Southern District of New York, dated 17.2.2012 and bearing ref. no. AO 440 (Rev. 12/09),

---

[1] Greek language applied in standard judicial documents is characterized by a very high degree of formalism and archaism; in this context often some words are omitted either as self understood or as been implicitly incorporated. Since the proper transcription of the original text may become obscure without the filling of such "missing words", such "missing" words are incorporated in the main text in brackets [..] to restore the proper meaning of the original text.

Attachment 2



b) an authorized, official copy of the judicial document of the Civil Action of Mrs. Georgianna Savas vs. Mr. Zacharias Portalakis son of Georgios, pending before the US District Court for the Southern District of New York, c) an authorized, official and apostilled copy of the document "Verification" of plaintiff Mrs. Georgianna Savas dated 15.2.2012 taken before the Notary Public of New York State, Mrs. Dacia McKenzie who certifies the authenticity of the signature of the said plaintiff as well as that the said verification was taken upon oath. This document is properly apostilled under the provisions of Hague Convention 1964.

The text of the abovecited documents is word by word as set in the next (48) double sided pages (or 95 single pages) of this present [Report].

[This service is effected] So that the Recipient, is informed and for the legal consequences [to occur] and so that he proceeds to the procedural acts he is expected to proceed.

Andhaving found [the recipient] himself, at his business premises which is located at 8 Pesmatzoglou Str I handed to him the abovementioned documents which he accepted without expressing any objections.

In witness and certification of the [acts] above I drafted this present Report which is hereby countersigned, after it was read and certified, as follows:

| **The Recipient** | **The Witness** | **The Judicial Bailiff** |
| --- | --- | --- |
| [Signature] | | [Signature] |
| | | [Round Official Stamp of the Greek State] |
| **Stathopoulos Anthimos** | | **Christos A. Stratigos** |

**This is an accurate and true certified translation of the Greek Original Text which is hereby attached.**
I certify the authenticity of the present translation by virtue of art. 53 of Greek Code of Lawyers [Legislative Decree 3026/1954]
Athens, 23.3.2012
The certifying lawyer

Dr. Panayiotis Yiannopoulos, LL.M.
Attorney at Law [Bar. Reg.no. 5828]
Salaminos 2 Str. 54626
Thessaloniki
Tel. +30 2310 500770 Fax 2310 500771
e mail : yiannopoulos@calavros.gr

Attachment 2



**ΔΙΚΑΣΤΙΚΟΣ ΕΠΙΜΕΛΗΤΗΣ ΠΡΩΤΟΔΙΚΕΙΟΥ ΠΕΙΡΑΙΑ**

ΧΡΗΣΤΟΣ Α. ΣΤΡΑΤΗΓΟΣ      e-mail: cstratigos@yahoo.gr · info@cstratigos.gr

ΚΟΛΟΚΟΤΡΩΝΗ 72, ΠΕΙΡΑΙΑΣ-Τ.Κ.:185 35    ΤΗΛ.:2104220240  ΦΑΞ:2104220246   ΚΙΝ:6945101418

ΑΡΙΘΜΟΣ 10.617
ΕΚΘΕΣΗ ΕΠΙΔΟΣΗΣ



Στην Αθήνα, σήμερα στις είκοσι (20) του μηνός Μαρτίου του έτους δύο χιλιάδες δώδεκα (2012), ημέρα Τρίτη και ώρα 10:55 πμ, ο Δικαστικός Επιμελητής του Πρωτοδικείου Πειραιά Χρήστος Α. Στρατηγός, κάτοικος Πειραιά, οδός Κολοκοτρώνη 72, μετά την από 14/03/2012 έγγραφη παραγγελία του Δικηγόρου Πειραιώς κ. Λεωνίδα Κουτρουμάνου και Παναγιώτη Σ. Γιαννόπουλου, πληρεξουσίων Δικηγόρων της Γεωργιάννα Σάβας, κατοίκου Νέας Υόρκης Η.Π.Α.,

ήλθα για να επιδώσω στον Ζαχαρία ΠΟΡΤΑΛΑΚΗ του Γεωργίου, κάτοικο Αθηνών, οδός Πεσματζόγλου, αρ. 8, Αθήνα, Ελλάδα, 10674 (γραφείο) και οδός Ελευθερίου Βενιζέλου 20, Φιλοθέη, Αθήνα, (κατοικία),

επικυρωμένη επίσημη μετάφραση εκ της αγγλικής γλώσσας η οποία μετάφραση διενεργήθηκε από την κ. Θεοδώρα Ευαγγελινάκη, Επίσημη Μεταφράστρια, Πτυχιούχο Ιονίου Πανεπιστημίου, κάτοικο Βόλου, οδός Γ. Καρτάλη, αρ. 73, τ.κ.: 38221, σύμφωνα με έγγραφη δήλωσή της περί του ακριβούς και αληθούς της άνω μετάφρασης, και η οποία επισυνάπτεται σε αυτήν, μαζί με επικυρωμένα φωτοαντίγραφα των μεταφραζομένων εγγράφων: α) επίσημου επικυρωμένου αντιγράφου του δικογράφου «Summons in a Civil Action» επί της αστικής αγωγής 12 Civ 1248 του Περιφερειακού Δικαστηρίου των Ηνωμένων Πολιτειών για τη Νότια Περιφέρεια της Νέας Υόρκης το οποίο φέρει ημερομηνία έκδοσης 17.2.2012 και αρ. πρωτ. ΑΟ 440 (Rev. 12/09), β) επίσημου επικυρωμένο αντιγράφου του δικογράφου της αστικής αγωγής της κας Georgianna Savas κατά Ζαχαρία Πορταλάκη του Γεωργίου, που εκκρεμεί ενώπιον του Περιφερειακού Δικαστηρίου των Ηνωμένων Πολιτειών για τη Νότια Περιφέρεια της Νέας Υόρκης, γ) του από 15.2.2012 επίσημου επικυρωμένο αντίγραφο του εγγράφου «Verification» της ενάγουσας κας Georgianna Savas ενώπιον της συμβολαιογράφου της Πολιτείας της Νέας Υόρκης κας Dacia McKenzie, βεβαιώνουσας το γνήσιο της υπογραφής της άνω ενάγουσας ως και το ένορκο της βεβαίωσης αυτής, το οποίο φέρει επιπλέον σφραγίδα Αποστίλλης της Σύμβασης της Χάγης του 1964.

Γίνεται μνεία ότι μετά των ανωτέρω επιδοτέων εγγράφων, επισυνάπτονται και συνεπιδίδονται τα κάτωθι, σύμφωνα με τις εφαρμοστέες διατάξεις του ελληνικού δικαίου για την επίδοση στην Ελλάδα μιας αγωγής στα δικαστήρια της γενικής δικαιοδοσίας και ειδικότερα σύμφωνα με τα άρθρα 122, 123, 124,

125, 128, 129, 131, 135 και 137 του Κώδικα Πολιτικής Δικονομίας καθώς και των διατάξεων της Συμβάσεως της Χάγης για την επίδοση δικογράφων:

α) επίσημο επικυρωμένο αντίγραφο του δικογράφου «Summons in a Civil Action» επί της αστικής αγωγής 12 Civ 1248 του Περιφερειακού Δικαστηρίου των Ηνωμένων Πολιτειών για τη Νότια Περιφέρεια της Νέας Υόρκης το οποίο φέρει ημερομηνία έκδοσης 17.2.2012 και αρ. πρωτ. AO 440 (Rev. 12/09),

β) επίσημο επικυρωμένο αντίγραφο του δικογράφου της αστικής αγωγής της κας Georgianna Savas κατά Ζαχαρία Πορταλάκη του Γεωργίου, που εκκρεμεί ενώπιον του Περιφερειακού Δικαστηρίου των Ηνωμένων Πολιτειών για τη Νότια Περιφέρεια της Νέας Υόρκης,

γ) το από 15.2.2012 επίσημο επικυρωμένο αντίγραφο του εγγράφου «Verification» της ενάγουσας κας Georgianna Savas ενώπιον της συμβολαιογράφου της Πολιτείας της Νέας Υόρκης κας Dacia McKenzie, βεβαιώνουσας το γνήσιο της υπογραφής της άνω ενάγουσας ως και το ένορκο της βεβαίωσης αυτής, το οποίο φέρει επιπλέον σφραγίδα Αποστίλλης της Σύμβασης της Χάγης του 1964. Των ανωτέρω αναφερόμενων εγγράφων το περιεχόμενο είναι κατά λέξη όπως αναφέρεται στα επόμενα (48) φύλλα (ή 95 σελίδες) της παρούσης. Προκειμένου ο προς ον η επίδοση, να λάβει γνώση, για τις νόμιμες συνέπειες και προκειμένου να προβεί στις διαδικαστικές ενέργειες τις οποίες καλείται να εκτελέσει.

*Και αφού βρήκα τον ίδιο, στα γραφεία της επιχείρησης του που βρίσκεται στην οδό Πεσμαζόγλου 8, του εγχείρισα τα παραπάνω αναφερόμενα έγγραφα τα οποία και παρέλαβε χωρίς να διατυπώσει αντιρρήσεις.*

Σε πίστωση και βεβαίωση των παραπάνω έγραψα την παρούσα έκθεση η οποία αφού διαβάστηκε και βεβαιώθηκε υπογράφεται όπως ακολουθεί.

| Ο ΠΑΡΑΛΑΒΩΝ | ΜΑΡΤΥΣ | Ο ΔΙΚΑΣΤΙΚΟΣ ΕΠΙΜΕΛΗΤΗΣ |
| | | ΧΡΗΣΤΟΣ Α. ΣΤΡΑΤΗΓΟΣ |

ΖΑΧΑΡΙΑΣ ΠΟΡΤΑΛΑΚΗΣ