| | |
|---|---|
| From: | Laurence J. Lebowitz |
| To: | sugarman@sugarlaw.com |
| Cc: | Nicholas Patouris |
| Subject: | Sava v, Portalakis |
| Date: | Friday, March 23, 2012 2:36:07 PM |

Alan –

This is to advise you that I will be filing a Notice of Appearance later today or next week to act as co-counsel with Nick Patouris in this matter.

On a related note, after consulting with our client we agree not to contest the manner by which he was served in Greece.

Based upon our prior e-mails, in view of the foregoing concession our time to Answer the Complaint is now extended to May 17, 2012.

Please confirm your receipt and acknowledgment of this e-mail.

Thanks,

Larry Lebowitz

LAURENCE J. LEBOWITZ
BALLON STOLL BADER & NADLER, P.C.
729 SEVENTH AVE – 17TH FL.
NEW YORK, NEW YORK 10019
PH.     212.575.7900
FAX.    212.764.5060

CELEBRATING 80 YEARS OF SERVICE
*********************************************************************
NOTICE: THE INFORMATION CONTAINED IN THIS ELECTRONIC MAIL AND ANY ATTACHED DOCUMENTS FROM BALLON STOLL BADER & NADLER, P.C. IS CONFIDENTIAL. THIS EMAIL MAY BE AN ATTORNEY-CLIENT COMMUNICATION, AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF YOU ARE NOT THE INTENDED RECIPIENT, BE AWARE THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR USE OF THE CONTENT OF THIS INFORMATION IS PROHIBITED. IF YOU HAVE RECEIVED THIS ELECTRONIC MAIL IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE (212) 575-7900 OR BY REPLY ELECTRONIC MAIL TO THE SENDER.

IRS CIRCULAR 230 DISCLOSURE: TO ENSURE COMPLIANCE WITH REQUIREMENTS IMPOSED BY THE IRS, WE INFORM YOU THAT ANY U.S. FEDERAL TAX ADVICE CONTAINED IN THIS COMMUNICATION (INCLUDING ANY ATTACHMENTS) IS NOT INTENDED OR WRITTEN TO BE USED, AND CANNOT BE USED, FOR THE PURPOSE OF (I) AVOIDING PENALTIES UNDER THE INTERNAL REVENUE CODE OR (II) PROMOTING , MARKETING OR RECOMMENDING TO ANOTHER PARTY ANY TRANSACTION OR MATTER ADDRESSED HEREIN.
*********************************************************************

Attachment 3

| | |
|---|---|
| From: | Alan Sugarman |
| To: | "Laurence J. Lebowitz" |
| Cc: | "Nicholas Patouris"; carl Hartmann |
| Subject: | RE: Savas v. Portalakis - Adjournment of Time to Move or Answer |
| Date: | Friday, March 16, 2012 5:10:53 PM |

Larry and Nicholas:

Confirming our conversation today, we agreed to extend the time for defendant to move or answer to May 17, 2012 should the defendant choose to accept service; however, should the defendant choose not to accept service, then we agreed to extend the time to April 17, 2012.

You agreed to let us know on Monday or Tuesday which option you will select.

Thank you.

Alan D. Sugarman

Alan D. Sugarman, Esq.
Attorney-At-Law
Suite 4
17 West 70th Street
New York, NY 10023
212-873-1371
917-208-1516
Fax: 212-202-3524

---

From: Laurence J. Lebowitz [mailto:llebowitz@ballonstoll.com]
Sent: Friday, March 16, 2012 1:55 PM
To: sugarman@sugarlaw.com
Cc: Nicholas Patouris
Subject: Savas

Mr. Sugarman,

As per our discussion last week, attached is a copy of a Notice of Appearance I filed a few minutes ago on behalf of Nick Patouris indicated that he will be representing Mr. Portalakis. I will also be filing a Notice of Appearance on behalf or Mr. Portalakis to act as trial counsel to Mr. Patouris. In view of the foregoing, would you please call me so we can work out a schedule for the service our Answer, exchange of preliminary discovery materials and any other "housekeeping" matters which need to be addressed.

Thanks,

Larry Lebowitz

LAURENCE J. LEBOWITZ

Attachment 3

| | |
|---|---|
| From: | Alan Sugarman |
| To: | "Laurence J. Lebowitz" |
| Cc: | carl Hartmann |
| Subject: | RE: Savas v. Portalakis - Adjournment of Time to Move or Answer |
| Date: | Tuesday, March 20, 2012 8:27:50 AM |

Larry

In addition to the proper service on your client to an employee of his company previously, this is to advise you that today the summons and complaint in Greek and English was served directly and personally upon Mr. Portalakis in Athens and he willingly accepted service and signed for service.

Alan

---

From: Laurence J. Lebowitz [mailto:llebowitz@ballonstoll.com]
Sent: Friday, March 16, 2012 5:14 PM
To: sugarman@sugarlaw.com
Cc: Nicholas Patouris; carl Hartmann
Subject: RE: Savas v. Portalakis - Adjournment of Time to Move or Answer

Alan –

We will be back to you on Monday or Tue.

Larry

LAURENCE J. LEBOWITZ
BALLON STOLL BADER & NADLER, P.C.
729 SEVENTH AVE – 17TH FL.
NEW YORK, NEW YORK 10019
PH.    212.575.7900
FAX.   212.764.5060

CELEBRATING 80 YEARS OF SERVICE
*********************************************************************
NOTICE: THE INFORMATION CONTAINED IN THIS ELECTRONIC MAIL AND ANY ATTACHED DOCUMENTS FROM BALLON STOLL BADER & NADLER, P.C. IS CONFIDENTIAL. THIS EMAIL MAY BE AN ATTORNEY-CLIENT COMMUNICATION, AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF YOU ARE NOT THE INTENDED RECIPIENT, BE AWARE THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR USE OF THE CONTENT OF THIS INFORMATION IS PROHIBITED. IF YOU HAVE RECEIVED THIS ELECTRONIC MAIL IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE (212) 575-7900 OR BY REPLY ELECTRONIC MAIL TO THE SENDER.

IRS CIRCULAR 230 DISCLOSURE: TO ENSURE COMPLIANCE WITH REQUIREMENTS IMPOSED BY THE IRS, WE INFORM YOU THAT ANY U.S. FEDERAL TAX ADVICE CONTAINED IN THIS COMMUNICATION (INCLUDING ANY ATTACHMENTS) IS NOT INTENDED OR WRITTEN TO BE USED, AND CANNOT BE USED, FOR THE PURPOSE OF (I) AVOIDING PENALTIES UNDER THE INTERNAL REVENUE CODE OR (II) PROMOTING, MARKETING OR RECOMMENDING TO ANOTHER PARTY ANY TRANSACTION OR MATTER ADDRESSED HEREIN.
*********************************************************************

---

From: Alan Sugarman [mailto:alanmain@sugarlaw.com] On Behalf Of sugarman@sugarlaw.com
Sent: Friday, March 16, 2012 5:11 PM
To: Laurence J. Lebowitz
Cc: 'Nicholas Patouris'; carl Hartmann
Subject: RE: Savas v. Portalakis - Adjournment of Time to Move or Answer

Larry and Nicholas:

Attachment 3