UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
GEORGIANNA SAVAS,

        Plaintiff,

                                                                         **DKT. NO. 12 CIV. 1248**

-against-

ZACHARIAS GEORGIOU PORTALAKIS,

        Defendant.
-------------------------------------------------------------------------X

<u>**NOTICE OF APPEARANCE**</u>

SIRS:

        PLEASE TAKE NOTICE that the Law Offices of Ballon Stoll Bader & Nadler, P.C., 729 Seventh Avenue, 17th Floor, New York, New York 10019, phone number (212)575-7900, by Laurence J. Lebowitz hereby appears as trail counsel, for Nicholas Patouris, on behalf of the Defendant Zacharias Georgiou Portalakis in the above captioned proceedings.

Dated: New York, New York
       March 29, 2012

                                                                                     Yours, etc.

                                                                   Ballon Stoll Bader & Nadler, P.C.
                                                                   Trial Counsel for Defendant
                                                                   By: Laurence J. Lebowitz (LL 6816)
                                                                   729 Seventh Avenue - 17th Floor
                                                                   New York, New York 10019
                                                                   (212) 212-575-7900