UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____ X

GEORGIANNA SAVAS,                                    12 cv 1248 (VM)
                                                     ECF CASE
                *Plaintiff,*

        -against-                                 Joint Stipulation

ZACHARIAS GEORGIOU PORTALAKIS,

                *Defendant.*

_____ X

### JOINT STIPULATION
### AS TO ENLARGEMENT OF TIME TO ANSWER

The parties, through undersigned counsel, have stipulated to an enlargement of time for the Defendant to file his Answer to the Complaint herein.

The complaint was filed on February 17, 2012. [D.E. 1] The summons and complaint (along with certified Greek translations) were thereafter served on the Defendant, on March 5, 2012 and March 20, 2012, in Athens Greece. An affirmation (with the returns of service by the Greek Bailiff, along with a writing agreeing to a waiver of contest of service) was filed on March 28, 2012. [D.E. 3]

On March 23, 2012, counsel for Defendant agreed in writing not to contest service. In return, counsel for Plaintiff agreed to this Stipulation for the enlargement of the time for Defendant to file his Answer to the complaint on or before May 17, 2012. In addition, counsel for Plaintiff has agreed the Plaintiff

will not to pursue any costs related to the service of process on Defendant.

Therefore,

1. Defendant shall file his Answer to the complaint on or before May 17, 2012.

2. On account of his voluntary acceptance of personal service, Defendant is relieved from the obligation to pay any costs related to the service of process on Defendant.

**SO ORDERED.**

Dated: March __, 2012

_____
**Hon. Victor Marrero**
District Court Judge

Joint Stipulation as to Enlargement of Time to Answer
Page 3

Agreed to by the Parties and
and submitted to the Court by:

**Dated:** March 28, 2012
        New York, New York

*signature*
Alan D. Sugarman (ADS-1209)
17 West. 70th St., Suite 4
New York, NY 10023-4544
(212) 873-1371
sugarman@sugarlaw.com

*Attorney for Plaintiff*

**Dated:** March 29, 2012
        New York, New York

*signature*
**Nicholas Patouris**
Law Offices of Nicholas Patouris
1350 Broadway, Suite 2500
New York, NY 10018
(212) 213-2326
Email: nylaw100@yahoo.com

*Attorney for Defendant*