# UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEORGIANNA SAVAS<br>　　　　PLAINTIFF/PETITIONER<br>VS.<br>ZACHARIAS GEORGIOU PORTALAKIS<br>　　　　DEFENDANT/RESPONDENT | CAUSE #: 12 CIV 1248<br><br>CERTIFICATE OF SERVICE |

This service has been completed in compliance with the Hague Convention on the Service Abroad of Judicial and Extra-Judicial Documents in Civil and Commercial Matters (Done at The Hague November 15, 1965) (Entered Into Force for the U.S. on February 10, 1969). The Certificate of Service attached is also in compliance.

ABC Legal Services, Inc.
633 Yesler Way Seattle, WA 98104
206 521-9000
TRACKING #: 7329922

**ORIGINAL
PROOF OF SERVICE**

ALAN D. SUGARMAN, ATTORNEY AT LAW
17 W. 70 STREET SUITE 4
NEW YORK, NY 10023
212 873 1371

Page 1 of 1

Protocol No.:**474/2012**

ΠΙΣΤΟΠΟΙΗΤΙΚΟ
CERTIFICATE
ATTESTATION

Η κατωτέρω υπογράφουσα Αρχή έχει την τιμή να βεβαιώσει σύμφωνα με το άρθρο 6 της Σύμβασης.
The undersigned authority has the honour to certify, in conformity with article 6 of the Convention.
L' autorite soussignee a l'honneur d'attester conformement a l'article 6 de la dite Convention.

1) ότι το έγγραφο επιδόθηκε*
2) that the document has been served*
3) que la demande a ete executee*

- την (ημερομηνία)
- the (date) **09/04/2012**
- la (date)

- στ (τόπος, οδός, αριθμός)
- at (place, street, number) **8 PESMAZOGLOU STREET, ATHENS PC 10674**
- a (localite, rue, numero)

- κατα μία από τις ακόλουθες μεθόδους, που προβλέπονται από το άρθρο 5:
- in one of the following methods authorized by article 5:
- dans une des formes suivantes prevues a l'article 5:

(α) Σύμφωνα με την ευχέρεια της υποπαραγράφου α της πρώτης παραγράφου τού άρθρου 5 της Σύμβασης*
(a) in accordance with the provisions of sub-paragraph a of the first paragraph of article 5 of the Convention*
(a) selon les formes legales (article 5, alinea premier, lettre a) de la dite Convention*
.............................................

(β) σύμφωνα με την ακόλουθη ιδιαίτερη μέθοδο*:
(b) in accordance with the following particular method*: **TO THE ADDRESSEE IN PERSON**
(b) selon la forme particuliere suivante*:

(γ) δια παράδοσης στον αποδέκτη, ο οποίος το παράλαβε εκούσια*:
(c) by delivery to the addresee, who accepted it voluntarily*: **PORTALAKIS ZACHARIAS SON OF GEORGIOS**
(c) par remise simple*:

Τα έγγραφα, που αναφέρονται στην Αίτηση, επιδόθηκαν στ :
The documents reffered to in the request have been delivered to:
Les documents mentionnes dans la demande ont ete remis a:

- (ονοματεπώνυμο και περιγραφή του προσώπου)
- (identity and description of person)
- (identite et qualite de la personne)

- σχέση αυτού προς τον αποδέκτη (οικογενειακή, επαγγελματική ή άλλη):
- relationship to the addresee (family, business, or other):
- liens de parente, de subordination ou autres, avec la destinataire de l'acte:

~~2) Ότι το έγγραφο δεν επιδόθηκε, λόγω των ακόλουθων γεγονότων*:~~
~~2) That the document has not been served, by reason of the following facts*:~~
~~2) Que la demande n'a pas ete executee, en raison des faits suivants*:~~

**PFI** PROCESS FORWARDING INTERNATIONAL

633 Yesler Way Seattle, WA 98104    www.pfiserves.com
800 232-8854    206 521-9000    fax: 800 734-6859

# PROCESS SERVICE INVOICE

| Bill To: | ALAN D. SUGARMAN, ATTORNEY AT LAW |
|---|---|
| | 17 W. 70 STREET |
| | SUITE 4 |
| | NEW YORK, NY 10023 |

Account #: 102412        Phone: 212 873 1371
Client Attn:
Order Attn: ALAN D. SUGARMAN

INVOICE #: 7329922

DATE: Apr 26 2012
BILL REF:

**AMOUNT DUE : $0.00**

COURT: UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK
CASE NAME: GEORGIANNA SAVAS vs. ZACHARIAS GEORGIOU PORTALAKIS
CASE NUMBER: 12 CIV 1248        HEARING DATE:
SERVEE: ZACHARIAS GEORGIOU PORTALAKIS
PERSON SERVED: PORTALAKIS ZACHARIAS, SON OF GEORGIOS
SERVICE DATE: Apr 9 2012 12:00AM    SERVED BY:
SERVICE ADDRESS: 8 PESMATZOGLOU STREET ATHENS, 1 06-7 4 GREECE
DOCUMENTS: SUMMONS IN A CIVIL ACTION; VERIFIED COMPLAINT (SUBMITTED IN DUPLICATE WITH TRANSLATIONS)
SERVICE NOTE

**BAD ADDRESS LIST**

**INVESTIGATION STATUS:**

| SERVICE PERFORMED | NOTE | RATE |
|---|---|---|
| International Services | | 450.00 |
| | SUB TOTAL | 450.00 |
| | PREPAID RETAINER | 450.00 |
| | AMOUNT DUE | 0.00 |

Documents are served in accordance with and pursuant to; the statutes or court rules of the jurisdiction in which the matter originates, and/or the statutes or court rules of the state in which service took place, and client instructions. If service was substituted upon another person or left with a person who refused to identify him or herself, it is incumbent upon the client to notify ABC and/or PFI immediately, in writing, if further attempts to serve, serve by mail, or investigate are required.

OFFICIAL PROCESS SERVER TO
U.S. DEPT. OF JUSTICE AND U.S. STATE DEPT.

Page 1 of 1
OR_PFI_INV

Σύμφωνα με τη δεύτερη παράγραφο τού άρθρου 12 της Σύμβασης, ο Αιτών παρακαλείται να πληρώσει ή να εμβάσει τα έξοδα που αναλύονται στην επινασυπττόμενη δήλωση.

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

Conformement a l'article 12, alinea 2, de la dite Convention, le requerant est prie de payer ou de rembourses les frais dont le detail figure au memoire ci-joint.

Παραρτήματα
Annexes
Annexes

Επιστρεφόμενα έγγραφα:
Documents returned:
Pieces renvoyees:
..................................
..................................
..................................

Έγινε στ          την
Done at ATHENS   the 18/04/2012
Fait a           le

Συντρέχουσας περίπτωσης, έγγραφα πιστοποιούντα την επίδοση
In appropriate cases, documents establishing the service:
Le cas echeant, les documents justificatifs de l'execution:

Υπογραφή και/ή σφραγίδα
Signature and/or stamp
Signature et/ou cachet

DISTRICT ATTORNEY

ΚΩΝ.ΑΝΤ... ΔΗΜΗΟΠΟΥΛΟΣ
ΕΙΣΑΓΓΕΛΕΑΣ ΠΡΩΤΟΔΙΚΩΝ

..................................
..................................
..................................

Διαγράψτε τις άχρηστες ενδείξεις
Delete of inappropriate
Rayer les mentions inutiles

Υπουργείο /
Αριθ. πρωτ. **3.111**
**2 9 ΜΑΡ. 2012**
Ελήφθη_____
Τμήμα_____

**ΚΑΝΟΝΙΚΟ- ΑΔΙΑΒΑΘΜΗΤΟ**

Α11

ΕΛΛΗΝΙΚΗ ΔΗΜΟΚΡΑΤΙΑ
ΥΠΟΥΡΓΕΙΟ ΕΞΩΤΕΡΙΚΩΝ
ΔΙΕΥΘΥΝΣΗ Ε3
ΔΙΟΙΚΗΤΙΚΩΝ ΚΑΙ ΔΙΚΑΣΤΙΚΩΝ
ΥΠΟΘΕΣΕΩΝ

Αθήνα, 15 Φεβρουαρίου 2012
**Αριθ. Φ. 684/23/ΑΣ 950**

Π Ρ Ο Σ: -Υπουργείο Δικαιοσύνης, Διαφάνειας
και Ανθρωπίνων Δικαιωμάτων
Δ/νση Απονομής Χάριτος & Δ.Δ.Σ
Τμήμα Δ.Δ Συνεργασίας σε
Αστικές Υποθέσεις

Σας διαβιβάζουμε, αντίγραφο του εγγράφου από Περιφερειακό Δικαστήριο Η.Π.Α, Ανατολικής Περιφέρειας Νέας Υόρκης για επίδοση δικογράφου σε κ. Ζαχαρία Πορταλάκη, με τα συνημμένα του, και παρακαλούμε για τις ενέργειες της αρμοδιότητάς σας.

Με εντολή Υπουργού
Ο Διευθυντής κ.α.α

Σοφία Μαλλή
Σύμβουλος Πρεσβείας Α΄

C:\Documents and Settings\user\My Documents\noni\DIKOGRAFA\ΑΠΟΣΤΟΛΗ ΔΙΚ. ΣΕ ΥΠ. ΔΙΚΑΙΟΣΥΝΗΣ\ΗΠΑ-epid.dIKOGR. AS ΠΟΡΤΑΛΑΚΗΣ-15.03.12..doc

ΑΠΟΔΕΙΚΤΙΚΟ 474/2012

Στην Αθήνα σήμερα την 09 του μήνα Απριλίου του έτους 2012 ημέρα της εβδομάδας Δευτέρα και ώρα 10:00 π.μ. ο υπογραφόμενος Δάφνη Αλεξίου Επιμελητής Δικαστηρίων της Εισαγγελίας Πρωτοδικών Αθηνών, με παραγγελία του Εισαγγελέα Πρωτοδικών Αθηνών, πήγα στην οδό ΠΕΣΜΑΖΟΓΛΟΥ 8, ΑΘΗΝΑ όπου κατοικεί/εδρεύει ο/η ΠΟΡΤΑΛΑΚΗΣ ΖΑΧΑΡΙΑΣ ΤΟΥ ΓΕΩΡΓΙΟΥ

για να επιδώσω προς αυτόν/ην τα παρακάτω έγγραφα - δικόγραφα του Δικαστηρίου NEW YORK Η.Π.Α., ήτοι 2 ΚΛΗΤΕΥΣΕΙΣ ΓΙΑ ΑΓΩΓΗ (SUMMONS IN A CIVIL ACTION REG 12 CIV 1248) ΤΗΣ 1-2-2012 ΚΑΙ ΤΗΣ 17-2-2012 ΚΑΙ ΑΓΩΓΗ ΜΕ ΥΠΕΥΘΥΝΗ ΔΗΛΩΣΗ ΕΠΙΒΕΒΑΙΩΣΗΣ (VERIFIED COMPLAINT REG 12 CIV 1248) ΜΕ ΕΛΛΗΝΙΚΗ ΜΕΤΑΦΡΑΣΗ

Και . . . . . . . . βρήκα αυτόν/ην και επέδωσα προς τον/την . . ίδιο . . . . . . . . . . . . . .

Ο/Η παραλαβών/ούσα                    Ο Ενεργήσας την επίδοση

Ζαχαρίας Πορταλάκης

ΘΕΩΡΗΘΗΚΕ

Το γνήσιο της υπογραφής του/της Δικαστικού Επιμελητή της Εισαγγελίας Πρωτοδικών Αθηνών. . . Δάφνης Αλεξίου

Αθήνα, 18-4-2012
Ο Εισαγγελέας Πρωτοδικών



474/2012.

ΕΛΛΗΝΙΚΗ ΔΗΜΟΚΡΑΤΙΑ
ΥΠΟΥΡΓΕΙΟ ΔΙΚΑΙΟΣΥΝΗΣ
ΔΙΑΦΑΝΕΙΑΣ
ΚΑΙ ΑΝΘΡΩΠΙΝΩΝ ΔΙΚΑΙΩΜΑΤΩΝ

Δ/ΝΣΗ ΑΠΟΝΟΜΗΣ ΧΑΡΙΤΟΣ
ΚΑΙ ΔΙΕΘΝΟΥΣ ΔΙΚ. ΣΥΝΕΡΓΑΣΙΑΣ

ΤΜΗΜΑ ΔΙΕΘΝΟΥΣ ΔΙΚ.
ΣΥΝΕΡΓΑΣΙΑΣ
ΣΕ ΑΣΤΙΚΕΣ ΥΠΟΘΕΣΕΙΣ

Ταχ. Δ/νση : Μεσογείων 96,
Τ. Κ 115 27 – Αθήνα
ΦΑΞ : 210 - 7767499
ΤΗΛ : 210 - 7767322
Πληροφορίες : Γ. ΚΟΥΒΕΛΑΣ
e-mail: gkouvelas@justice.gov.gr

Αθήνα, 30 . 03. 2012

Αρ. Πρωτ : 31111

Προς : τον κ. Εισαγγελέα Πρωτοδικών

Αθηνών

Τ. Κ.:

ΘΕΜΑ : Διαβίβαση δικογράφου για επίδοση, σύμφωνα με τη σύμβαση
της Χάγης – 15ης Νοεμβρίου 1965 – (Ν. 1334/83).

Σας διαβιβάζουμε το υπ' αριθμ. 684/ 23/ ΑΣ 950 από 15. 02. 2012 έγγραφο του Υπουργείου Εξωτερικών καθώς και την συνημμένη αίτηση του Περιφ. Δικαστηρίου της Πολιτείας Ν. ΥΟΡΚΗΣ - Η.Π.Α μαζί και τα συνημμένα δικόγραφα του δικαστηρίου αυτού και παρακαλούμε να μεριμνήσετε για την επίδοσή τους, στον ΖΑΧΑΡΙΑ ΠΟΡΤΑΛΑΚΗ του ΓΕΩΡΓΙΟΥ κάτοικο ΑΘΗΝΩΝ (Πεσματζόγλου 8 - Τ. Κ 10474), όπως και για την επιστροφή των παρακάτω αναφερόμενων εγγράφων απευθείας στην αιτούσα αλλοδαπή αρχή:
α) του πρώτου αντιγράφου των δικογράφων μαζί με το συνημμένο τρίγλωσσο έντυπο πιστοποιητικό επιδόσεως συμπληρωμένο στα Αγγλικά ή Γαλλικά (γραμμένο στον Η/Υ), υπογεγραμμένο από τον προϊστάμενο Εισαγγελέα και
β) του σχετικού Ελληνικού αποδεικτικού επιδόσεως συμπληρωμένου με θεώρηση της υπογραφής του αρμοδίου για την επίδοση.

Ακριβές αντίγραφο
Ο αναπληρωτής προϊστάμενος
του τμήματος κα/α

Θ. Τσαγρής

Ο αναπληρωτής προϊστάμενος
του τμήματος
κα/α
Θ. Τσαγρής

Γραμματεία για Επίδοση Εισαγγελέας Αντιπλ
Δικαστηρίων Υπόψιν κ. Ξ
Αθήνα 3-4-2012
Ο Γραμ[ματέας]

ΚΩΝΣΤΑΝΤΙΝΟΣ ΔΗΜΗΤΟΠΟΥΛΟΣ
ΕΙΣΑΓΓΕΛΕΑΣ ΠΡΩΤΟΔΙΚΩΝ

# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

| Identity and address of the applicant | Address of receiving authority |
|---|---|
| **Rick Hamilton**<br>**633 Yesler Way**<br>**Seattle, WA 98104**<br>**United States of America**<br><br>Authorized applicant pursuant to public law 97-351 of Feb. 26, 1983 which amended rule 4(c) 2(a) Federal Rules of Civil Procedure | MINISTRY OF FOREIGN AFFAIRS(GREECE)<br>DEPARTMENT OF ADMINISTRATIVE AND<br>JUDICIAL AFFAIRS<br>D-3 SECTION, DEPARTMENT 2<br>ZALAKOSTA 1, ATHENS |

The undersigned applicant has the honour to transmit-in-duplicate the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:
(identity and address)

**ZACHARIAS GEORGIOU PORTALAKIS**
**8 PESMATZOGLOU STREET**
**ATHENS 1 06-7 4**
**GREECE**
DOB:            Phone:

☒ (a) in accordance with the provisons of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
☐ (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5):*
_____

☐ (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of aticle 5).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.

Hearing Date:
List of documents:
**SUMMONS IN A CIVIL ACTION; VERIFIED COMPLAINT**
**(SUBMITTED IN DUPLICATE WITH TRANSLATIONS)**

Done at Seattle, Washington USA, on Mar 2 2012

Signature and/or stamp

**PFI** | PROCESS FORWARDING INTERNATIONAL



TRACKING #: 7329922

USM-94 (Est. 11/22/77)
(Formerly OBD-116, which was formally LAA-116, both of which may still be used)
* Delete if inappropriate

# SUMMARY OF THE DOCUMENT TO BE SERVED

**Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.**

### (article 5, fourth paragraph)

Name and address of the requesting authority: **Rick Hamilton**
**633 Yesler Way**
**Seattle, WA 98104**
**United States of America**

Particulars of the parties:

**GEORGIANNA SAVAS**    vs.    **ZACHARIAS GEORGIOU PORTALAKIS**

## JUDICIAL DOCUMENT*

Nature of the document:
  To give notice to the Defendant of the institution against him of a claim for civil damages, and summon him to answer to the claim.

Nature and purpose of the proceedings and, where appropriate, the amount in dispute:
  Plaintiff is seeking to recover civil damages and other relief, amount to be determined in court.

Date and place for entering appearance:*
  Defendant has twenty-one days from receipt of the accompanying Summons to make a written appearance, address is noted on the Summons.

Court which has given judgment:*
  n/a

Date of judgment:*
  n/a

Time limits stated in the document:*
  Hearing Date:

## EXTRAJUDICIAL DOCUMENT*

Name and purpose of the document:
  n/a

Time limits stated in the document:*
  n/a



TRACKING #: 7329922

USM-94 (Est. 11/22/77)
(Formerly OBD-116, which was formally LAA-116, both of which may still be used)
* Delete if inappropriate