SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 5/21/12

Marrero, J

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____ X

**GEORGIANNA SAVAS,**                                    **12 cv 1248 (VM)**
                                                                          **ECF CASE**
                                    *Plaintiff,*


                        -against-                               Joint Stipulation


**ZACHARIAS GEORGIOU PORTALAKIS,**

                                    *Defendant.*

_____ X


### JOINT STIPULATION
### AS TO ENLARGEMENT OF TIME TO ANSWER

The parties, through undersigned counsel, have stipulated to an further enlargement of time for the Defendant to file his Answer to the Complaint herein.

The complaint was filed on February 17, 2012. [D.E. 1] The summons and complaint (along with certified Greek translations) were thereafter served on the Defendant, on March 5, 2012 and March 20, 2012, in Athens Greece. An affirmation (with the returns of service by the Greek Bailiff, along with a writing agreeing to a waiver of contest of service) was filed on March 28, 2012. [D.E. 3]

On March 23, 2012, counsel for Defendant agreed in writing not to contest service. In return, counsel for Plaintiff agreed to a Stipulation for the enlargement of the time for Defendant to file his Answer to the complaint on or before May 17, 2012. [D.E. 6].

Joint Stipulation as to Enlargement of Time to Answer
Page 2

On May 10, 2012, counsel for Defendant requested additional time to accommodate a personal situation.    Accordingly, Plaintiff agreed to this Stipulation for the enlargement of the time for Defendant to file his Answer to the complaint on or before May 25, 2012.

Therefore,

1.    Defendant shall file his Answer to the complaint on or before May 25, 2012.


SO ORDERED.


Dated: May ⁄⁄ 2012

Hon. Victor Marrero
District Court Judge

Joint Stipulation as to Enlargement of Time to Answer
Page 3

Agreed to by the Parties and
and submitted to the Court by:

Dated:  May 18, 2012
        New York, New York

Alan D. Sugarman (ADS-1209)
17 West. 70th St., Suite 4
New York, NY 10023-4544
(212) 873-1371
sugarman@sugarlaw.com

*Attorney for Plaintiff*

Dated:  May 18, 2012
        New York, New York

Nicholas Patouris
Law Offices of Nicholas Patouris
1350 Broadway, Suite 2500
New York, NY 10018
(212) 213-2326
Email: nylaw100@yahoo.com

*Attorney for Defendant*