UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

GEORGIANNA SAVAS,

        Plaintiff,                               12 CIV 1248 (VM)

-against-

                                                **AFFIDAVIT OF SERVICE**

ZACHARIAS GEORGIOU PORTALAKIS,

        Defendant.
-------------------------------------------------------------X

**STATE OF NEW YORK**   )
                                    ) ss.:
**COUNTY OF NEW YORK** )

        Laurence J. Lebowitz, Esq. being duly sworn says: I am not a party to the action, am over 18 years of age and reside in New York, New York.

        That on the 25th day of May 2012 I caused to be served a true copy of the annexed Notice of Motion, Affidavit of Laurence J. Lebowitz, Declaration of Zacharias Portalakis, Affidavit of Cristos Gianakos and Memorandum of Law in the following manner:

                VIA UPS OVERNIGHT DELIVERY SERVICE

addressed to the last known address of the addressee(s) as indicated below:

Alan Sugarman, Esq.
Attorney for Plaintiff
17 West 70th Street
Suite 4
New York, New York 10023-4544

                                                              Laurence J. Lebowitz

Sworn to before me this
25 day of May 2012

Notary Public

00061038;1

FREDERIC PAUL SCHNEIDER
Notary Public, State of New York
No. 24-4643984
Qualified in Kings County
Commission Expires Feb. 28, 20__