# Exhibit 5

Email dated January 19, 2012
from Nicholas Patoruis, Esq. to Jason Savas

Plaintiff's Exhibits in Opposition to Motion to Dismiss
Savas v. Portalakis  12 cv 1248 (VM)

YAHOO! MAIL Classic

[ No Subject ]  Thursday, January 19, 2012 4:21 PM
From: "Nicholas Patouris" <nylaw100@yahoo.com>
To: brokenarrownyc@yahoo.com


EXHIBIT
Pl.Ex. 5

Dear Mr Savas,

I have been advised by the attorneys of Mr Portalakis in Greece that on Jan 16, 2012, Justice of the Peace Panagiota Papathanasiou issued a Temporary Order (προσωρινη διαταγη) putting the items Mr Portalakis wishes to return to your mother in escrow (μεσεγγύηση), pending a final decision on his application at a hearing to be held on February 16, 2012 in Athens Court of the Peace (Ειρηνοδικείο). This Temporary Order prescribes that pending discussion of the matter in Court on Feb 16, 2012, no one may change the legal status of the items in litigation; thus, neither party (Mr Portalakis or your mother) may transfer or claim possession of them. As originally stated, it is my client's intention not to keep them and return them to their rightful owner; in order to protect himself, however, this must take place upon the approval and under the supervision of Greek courts.

Please contact a local lawyer to appear at the Greek Court of the Peace in Athens on February 16, 2012, on your mother's behalf.

Yours Truly,

NP

Nicholas Patouris, JSD
Attorney at Law
1350 Broadway, Suite 2500
New York, NY 10018
Tel 212 213-2326
Fax 212 643-1882