# Exhibit 6

Letter dated April 14, 2010 from Portalakis
to Tate Dougherty of
Bonham's Auction House in New York

Plaintiff's Exhibits in Opposition to Motion to Dismiss
Savas v. Portalakis  12 cv 1248 (VM)

Case 1:12-cv-01248-VM   Document 16-6   Filed 06/08/12   Page 2 of 2



EXHIBIT
Pl.Ex. 6

Wednesday, 14.04.2010

Dear Mr. Tate Dougherty,

I would like to inform you that pursuant to the contract of May 13th, 2009 (which you may find attached) between me and the sister of the artist Theodoros Stamos, Georgianna Savvas, I was assigned as sole and exclusive copyright holder for all of Stamos' works throughout the world.

Firstly, when the artist passed away, he bequeathed to his sister Georgianna Savvas, sole copyright holder for all of his works (you may also find attached the Last Will and Testament of 1996, as it was legally published in New York State).

Moreover, I would like to remind you that the painter Theodoros Stamos (1922-1997) was born in New York, U.S.A. and he was **always and only** American citizen.

Therefore you are kindly requested:

1) Each time you refer to the artist Stamos, you may notice next to his name that he is an American artist, and

2) Furthermore, to take into account and refer in your catalogues that I am the sole and exclusive copyright holder for all of his works throughout the world.

Yours sincerely,

Zacharias Portalakis

*email sent to Mika from the L.A. office 14/4/2010 Alexis Yabuta (also sent to bb-ny@butterfields.com) and Portalaki*

Πεσμαζόγλου 8, 105 59 Αθήνα            8, Pesmazoglou str., 105 59 Athens Greece
Τηλ. 210 33.18.933, 33.18.934, Fax: 210 33.18.934   Tel. +30 210 33.18.933, 33.18.934, Fax: +30 210 33.18.934
E-mail: info@portalakiscollection.gr, http://www.portalakiscollection.gr

GS-00385