# Exhibit 7

Photograph of Box No 12 from

Exhibits to Escrow Application and New Greek Complaint

Plaintiff's Exhibits in Opposition to Motion to Dismiss

Savas v. Portalakis  12 cv 1248 (VM)



205-206-207 } N⁰ 12

**EXHIBIT Pl.Ex. 7**



12