# Exhibit 8

Photograph of Box No 05 from

Exhibits to Escrow Application and New Greek Complaint

Plaintiff's Exhibits in Opposition to Motion to Dismiss

Savas v. Portalakis  12 cv 1248 (VM)



16-32-80-79-85-108-135-198 } № 5

**EXHIBIT Pl.Ex. 8**



5