# Exhibit 9

Photograph of Box No 11 f

rom Exhibits to Escrow Application and New Greek Complaint

Plaintiff's Exhibits in Opposition to Motion to Dismiss

Savas v. Portalakis  12 cv 1248 (VM)



168-169 } № 11



EXHIBIT Pl.Ex. 9