# Exhibit 10

Email dated March 12, 2012

from Michael Gitlin of Soho Crates to Alan D. Sugarman, Esq.

Plaintiff's Exhibits in Opposition to Motion to Dismiss

Savas v. Portalakis  12 cv 1248 (VM)

| | |
|---|---|
| **From:** | info@sohocratesnyc.com |
| **To:** | sugarman@sugarlaw.com |
| **Subject:** | RE: Litigation Hold - Savas v. Portalakis -II |
| **Date:** | Saturday, March 10, 2012 6:15:48 AM |



Dear Mr. Sugerman,

I am leaving on Monday and will be out of the country until April 4.
For the moment I do not intend to retain an attorney. I am prepared to discuss the shipments that Soho Crates did for Mr. Portalakis whenever we can both make the time.

Sincerely,
Michael Gitlin

Michael Gitlin
SOHO CRATES
212 219 2383
info@sohocratesnyc.com

_____
From: Alan Sugarman [alanmain@sugarlaw.com] On Behalf Of sugarman@sugarlaw.com [sugarman@sugarlaw.com]
Sent: Friday, March 09, 2012 11:17 AM
To: info@sohocratesnyc.com; xgianakos@aol.com
Cc: Brokenarrownyc@yahoo.com
Subject: RE: Litigation Hold - Savas v. Portalakis -II

Gentlemen:
Please find the enclosed.
If you have an attorney, your attorney should respond to me.
Alan

Alan D. Sugarman, Esq.
Attorney-At-Law
Suite 4
17 West 70th Street
New York, NY 10023
212-873-1371
917-208-1516
Fax: 212-202-3524