# Exhibit 13

Email May 6, 2009

rom Arthur A Mannarino, Esq. to Vasiliki E. Betsou, Esq.



EXHIBIT
Pl.Ex. 13

**copyrights**

Wednesday, May 6, 2009 12:42 PM

**From:** "Arthur Mannarino" <aam2920@yahoo.com>
**To:** betsou.v@dsa.gr

Ms. Betsou:

In response to your e-mail, please note the following:

A. I will be sending the agreement, once modified as agreed, and only after the Foundation is legally formed, to Mr. Portalakis by DHL for his signature;

B. Though it is not required by NY law I will insert the date of the Will and the Surrogate's Court Index no. so as to avoid any questions as to its legality;

C. There is no US tax applicable to the "buying" of the rights;

D. There is no specific "personality" rights. This is why we use the broad language of "all rights, title and interest..";

E. As to the 'sale' of the works of art Ms. Savas does not want any monies. She expects that if there is a sale the money will belong to the Foundation. I will insert an appropriate provision wherby such interest is waived;

F. As to the right of notice, it is the Foundation, the owner of the copyrights, which will have that right. Mr. Portalakis will no longer be the owner of the copyrights;

G. The agreement is made under New York State law which allows the transfer. I have no idea what the impact will be under Greek law; and

H. As to the Foundation, the transfer cannot be legally made until such time as the Foundation is legally formed. The agreement cannot be executed until that occurs.

I trust this answers you questions. If you require any further information, please advise.

Please advise if the above is satisfactory so that I can make the necessary modifications to the asgreement.

Sincerely,
Arthur A. Mannarino

GS-00366