# Exhibit 17

Letter dated May 11, 2011

from Georgianna Savas to Portalakis

Plaintiff's Exhibits in Opposition to Motion to Dismiss

Savas v. Portalakis  12 cv 1248 (VM)

EXHIBIT
Pl.Ex. 17

May 11, 2011

With this letter of coming thoughts it is important to state first and foremost that I maintain the highest respect with great dignity for our relationship with trust.

What I am anxious to express to you is that my age being so close to 85 years old and not in the very best of health makes it rather impossible to continue working at the pace which I have done all these 15 years since I began the work of Stamos. This was all accomplished along with my family responsibilities which is still a large part of my life. This being an international foundation makes it very complicated because of the language barrier and coordinating meetings every 4 months. May I suggest that my son Jason Savas, be on the board - to replace me – he has shown a great interest in taking an active part in everything concerning Stamos. He is anxious to meet you, having heard so much about you.

Being the executrix of Stamos was a commitment I took on very seriously. I have had many bitter disappointments along the way which still continue up until the present day with letters and telephone calls.

However, knowing that I have your great interest at heart has carried me through many low periods that I have faced. And, let me state that ever since my first visit to a group exhibition with Stamos included at the Hollis Taggart Gallery, this opened doors that I could never have expected. Upon introducing myself to Vivian, who I met for the first time sitting among Stamos paintings in the far end of the gallery, I was amazed at how receptive she was, her enthusiasm for Stamos and what having met me meant to her. It was so genuine we immediately took to each other. It was soon after that first meeting that I invited her to the house to see my private collection by Stamos. There I told her what Stamos' wishes were about donating the paintings to museums in America, but I had no idea of how to get started. Immediately, Vivian's response was, "With your permission, Gina, we can handle everything professionally." My answer was, "Who is we?" her answer was, "The Hollis Taggart Gallery."

Vivian got on the project right away, got in touch with Michael Taylor, and we had a discussion about the Stamos paintings being placed in museums with the help of Michael Taylor. Vivian also contacted Charles Duncan, director of the regional office at the Smithsonian, who immediately called me about how excited he was about accepting the Stamos collection that I had held onto all those years.

Vivian is a phenomena. the paintings have all been placed in major museums, this was a tremendous challenge that could only have happened through Vivian, who is respected and admired in the art world with all her museum contacts. She has also relieved me of a

1

GS-00025

lot of other material which I held onto but really had no room in the little apartment we moved into.

This was a major undertaking on the part of all of us. Vivian made all the arrangements and appointments to come to the house and make their selection of paintings for each museum. Louie and I were constantly on edge entertaining with lunch, since that was their best time to arrive in New York. My records from all the curators and directors along with their DEED of Gift and Board of Directors acceptance letters are extraordinary expressing the greatness and genius of Stamos, and their gratitude to Vivian. All these records were copied and given to my accountant for tax purposes.

I feel so privileged to have met all these special people. It's been a wonderful experience for Louie and me. My greatest satisfaction is what it has done for Stamos. It has been an overwhelming job, much sacrifice on my part and Louie's because of the commitment I had taken on, which was entrusted to me. The rest is all history, as I repeat myself; it could not have happened without Vivian.

Kurie Portalakis during this whole period of being in the company of Mr. Hollis Taggart, Vivian, Michael Taylor, Charles Duncan, Robert Mattison and all the museum top people, who willingly and excitedly came to the house to select their Stamos treasure, I was totally consumed with the thought of what Kurie Portalakis would be feeling emotionally, being in their presence. I thought of you every step of the way and wished you were present, so they, too, could have met the International Collector and largest collector of Stamos.

Now, with the completion of this work, the drama of Stamos continues. As we all gather in our kitchen, Louie, myself, Vivian, Morfy, and my son, Jason, the discussion leads to further ideas on Stamos, such as a documentary. This is a hope I have had all along and is mentioned in my book "Eyes on Stamos". This is a tremendous undertaking, but somehow we feel, particularly, my son Jason does, that with much cooperation it can be done.

In discussing the issue of a documentary I have mentioned to the group that much material on Stamos was sent to you from the estate. It was about 2006 or thereafter when I recovered from my illness and was very concerned about the Stamos estate if I did not recover, and made a very big decision that you would be the very best <u>person to store the</u> Stamos works and papers which would eventually be entered into the museum you were planning. We talked about this museum since 1996 and Stamos was very excited that you would have a Stamos room. With that being said, may I ask what the plans are for this museum? I understand nothing is easy knowing how busy you are but this is something we should discuss one way or another. But, why I am mentioning this is because, if we could at least get into the materials which I sent, perhaps it would be a start. It's a project which requires a lot of help, getting the right people to sort out the material, cataloging them and taking it from there. It could also realistically take several years.

2

GS-00026

Perhaps the right time has come to go forward with all these ideas, particularly since you formed a Stamos Foundation. You have inspired us with this foundation which we are all excited about, and it could develop into a new start for the future of Stamos.

I have had the occasion recently to re-read the copy of the foundation. Not being of a legal mind, I have some simple questions relating to the Board of Directors. I see this as a very serious matter since the Board of Directors makes the decisions. It is a matter of intelligent, knowledgeable people agreeing on large and small decisions for the good of the foundation. I, for one, don't feel I qualify or are competent to make such decisions and since I am turning 85 soon, what if something should happen to me? Shouldn't this be discussed? I would agree to remain in a silent capacity if that is agreeable with you.

What about yourself, Kurie Portalakis, yes, you are a much younger man, but then again shouldn't there be some designated person if anything should happen to you?

As Louie and I get older and see what's happening around us, we feel all these issues should be covered.

We feel strongly about Sophia and Marko being on the board, they are excellent choices. As for Elie with her new family responsibilities, is she in a position to take on this serious commitment – something to be considered.

I wish to see more people on the Board of Directors, qualified, knowledgeable people in the arts who are also ethical. One such person I would like to mention is Morfy, whom I have the highest regard for. Is that a consideration? Jason also has a close friendship with Morfy and she could be his interpreter. I was happy to hear from you that we could add on more names.

Another question I have is what if for some uneventful reason the foundation should be dissolved, what provisions have been made for this?

We all look forward to the success of the museum, the foundation and all other ideas and plans for Stamos to regain his rightful place in the Art World.

*[signature]*

3

GS-00027