# Exhibit 18

Cover Note to Letter dated May 11, 2011

from Georgianna Savas to Portalakis

EXHIBIT

PI.Ex. 18

ORIGINAL / TRANSLATION

MORFYS

5.16.11