# Exhibit 19

Translation to Greek

by Morfy Gikos of May 5, 2011 letter

EXHIBIT

Pl.Ex. 19

Μ' αυτο το γραμμα και τις σκεψης μου,
το πρωτο πραγμα που ειναι απαραιτητο να
σου πω, ειναι οτι σε πολυ περιφανια σου δινω
οτι ο σεβαστος και η εκτιμησουμη ειναι το
πρωτο και πιο σπουδαιο πραγμα που νοιωθω
για την φιλια μας.

Αυτο που ανυπομονω να σου εξηγησω ειναι
οτι πλησιαζω τα 85 χρονια ζωης, και οχι
σμη καλυτερη κατασταση υγειος, αυτα ο (α) κανουν
δυσκολο, σχεδον αδυνατον να κανω πραγματα
που εκανα ολα αυτα τα χρονια για τον
Σταφο, και ολα αυτα ρυσονωσαν συχρονης
με τις οικογυνειακη (ι)ου υποχρεωσης, που
εξακολουθουν να ειναι το κεφαλαιο
μερος της ζωης μου.

Ενα διεθνες ιδρυμα, σαν αυτο ειναι περι-
πλοκο λογω των εμποδιων της γλωσσας,
και τις συνεδριασης καθε 4 μηνη - θελω
να προτηνω τον γιο μου Jason Savas
να παρη σαν επιτροπη την ιδρυματος, να
με αντικαταστησε - εχει πολυ ενδιαφερον,
θελω να παρη μερος σε ολα που αφορουν
τον Σταφο - Ο Jason, αδυφονη να σε γνω-
ρισ(η), αστου εχη ακουση τοσα πολλα για
σενα -

Να ξερω ο εκτελεσης του τεμω του Σταφου
ηταν για μενα μια πολυ σοβαρη υποχρεωση.
ειχα πολλες πικρη και αποφουτωσης σ(τ)ο

GS-00375



διαζητα αυτο, που εξακολουθουν μεχρι σημερα,
με ρεμματα και συλλουπαρα—

Οσιοθω, μστρα απο καρδιον οτι ειχα την πληρη
υποστηριξη σου, και αυτο με βοηθησε να γραψω
ραξω αισθητη σηξην—

Γιαυτο πρεπει να ξερεις οτι απο την σηξην
που επισκεφτηκα την ομαδικη εκθεση με τον
Σταρο στην Hollis Taggart Gallery, αυτο ανοιξε
πορτες που ποτε δεν περιμενα—

Απο τοτε που συστηθηκα στην Vivian, την
οποια πρωτοειδα καθισμενη αναητσα στα εργα
του Σταρου, στο βαθος της Gallery—

Δεν θα ξεχασω με τι ενθουσιασμο με υποδε-
χτηκε, τον ενθουσιασμο της για τον Σταρο
και για την γνωριμια σου—

Ηταν τοσο ειλικρινη που αισθανθω η πια
συμπαθησε την αλλη—

Της καιτσα αμεσως οτιτι να δη την
συλλογη σου με εργα του Σταρου—

Εκει που ειπα τις εμθουμιη του Σταρου,
Τα εργα να παντ σε Μουσεια της Αμερικης,
χωρι να ξερω ομως πως ν'αρχισω—

Αμεσως η Vivian σου απαντησε "Με την αδεια
σου Gina μπορουμε ολα αυτα να τα
χειρισουμαι επαγγελματικα" την ρωτησα,
"Ποιοι σεις;" και σου ειπε, "η Hollis Taggart
Gallery"—

GS-00376   2

Η Vivian αρχισε αμεσως δουλεια, επαφη με τον
Michael Taylor, και συζητησης για τα εργα του
Εστον να παντ εις Μουσειο με τη βοηθεια
του Michael Taylor_

Η Vivian επισης ηρθε σ' επαφη με τον Charles
Duncan, τοπικο δικηγορο του Smithsonian,
που αμεσως τον ξεκαθαρισε για το ποσο ενδιαφε-
ρομενος ηταν, και οτι αποδεχτηκαν την
συλλογη Εστον που εχω κραταει για τοσα
χρονια_

Η Vivian ειναι ενα φανταστικο γυναικα_
Τα εργα ειναι τωρα σε μεγαλα Μουσειο, και
αυτο ηταν μεγαλη προκληση για μενα, και
δεν θα γινοταν χωρις την βοηθεια της,
την οποια ολοι ο κοσμος των Μουσειων και
των τεχνων, των ελληνων και την θαυμασιου
επισης με ανακουφισε απο πολλα αλλα πραγματα
που κραταυσα για χρονια, και που δεν ειχα
πιτον χωρο οταν μετακομισα εις καινουργιο
και μικρο διαμερισμα_

Η Vivian πηρε ολη τις πρωτη για ολα,
κανονιζε ολα τα ραντεβου, για να ερθουν
εις σπιτι και να διαλεξουν τους πινακες
για καθε Μουσειο. Ο Louie και εγω παντα
ετοιμοι να δεχτουμε και να περιποιηθουμε
τον κοσμο που ερχοταν για μας εις την Νεα
Υορκη.

Τα αρχεια μου απο ολους τους επιμελητες,
δικηγορους, μαζι με τους τιτλους απο τις



δωρεές και απο τις επιτροπη των δικαιουμων
αποδοχης, Τα γραμματα ft τα πιο υπεροχα λογια
τις ευχαριστης για μεγαλοψυϊα των Σταφ-ου,
τις ευχαριστης για την Vivian, ολα αυτα τα
αισθραματα τα εδωσα εγω δοριζι φαη-
Νοιμων προνομιουχα πιον συναντησα ολους αυτους
τους εκλεκτους ανθρωπους.

Ηταν για πολυ ομορφη εμπηρεια για τον Louie
και εμενα, Η μεγαλυτερη ευχαριστηση για το
τι εγινε για την Σταφ-Ουσιασβαtt αρκετα
πραγματα προκειτεναι να εκπληρωθουtt
την υποσχεβη μας για εργο την Σταφ-ου.
Τα υπολοιπα ειναι ιστορια, πιον επαναλαμβα-
νω, δεν θα μπορουν χωρις των βοηθια
την Vivian.

Κυριε Πορταλακη, καθ'ολη την διαρκεια την
ετιμαν ft την Hollis Taggart Gallery, την Vivia
το Michael Taylor, τον Charles Duncan, τον
Robert Mattison και ολους αυτους τους
ανθρωπους απο τα Μουσεια, πιον προθυμα
και μεγαλοι ενθουσιασθω ηρθαν εις επιτ μας
να διαλεξουν και απο τον Θησαυρο των
εργων του Σταφ-ου, πανα ft καταγραφι η
σκεψις "Τι θα ενοιωθε ο κυριος Πορταλακης
τωρα; Τι συναισθηματα θα ειχε αν μταν
εδω;" Ολη αυτες τις σκηψεις σε σκεφτουν
σε καθε βημα, και ευχομουν να ησουνα
εδω- και ολοι αυτοι οι ανθρωποι να

IV

συναντησαν τον μεγαλυτερο διεθνως συλλεκτη
του εργων του Σταμου.
Τωρα φτια το τελος αυτης της δουλειας
το δραμα του Σταμου συνεχιζεται.
Οταν ολοι συγκεντρωνομαστε στο σπιτι μας,
γυρω απο το τραπελι της Κουλινας μας, ο Louie,
εγω, η Vivian, η Μορφω και ο Jason κουβεντιαζουμε
η κουβεντα μας παει σε καινουργια σχεδια, οπως
ενα σοβαρο "documentary", ετσι π/ω σ'αυτο,
οπως αλλωστε αναφερω και στο biblio μου
"Eyes of Stamos", υπαρχει ενθουσιασμος, κυριως
απο τον πιο φου Jason, που ειναι την κουβεντα
του ε/π/ω να προγματοποιηση.
Κουβεντιαζουμε για το Θεμα "documentary"
εχω αναφερει στο group σπ Πολλα απο τα
ulikα για τον Σταμο τα εχω συλλεξει σ'εσενα
απο τα υπαρχοντα του.
Ηταν περιπου το 2006 που αγοριασα απο
την συλλογη του, οταν αρχισα ν'ασχουχω
για τα υπαρχοντα του Σταμου, και τοτε
πηρα την μεγαλη αποφαση, οτι εγω ειδα
το καλυτερο προσωπο να εμπιστευτω τα
εργα και ολα τα χαρτια και υπαρχοντα
του Σταμου, αφου τελικα σχεδιαζεις να
φναξεις ενα Μουσειο για τον Σταμο.
Ηταν το 1996 που αρχισε η ιδεα για το
Μουσειο, ο Σταμος ηταν πολυ ενθουσιασμενος πως
θα ειχε ενα δικανιο "Σταμου"

Και μια και πρωτη η κουβεντα για το Μουσειο,
θελω να σε ρωτησω, ποια ειναι τα σχεδια σου
σημερα για το Μουσειο; Καταλαβαινω οτι ειπαμε
δηλα ειναι ευκολο, και εγω ειμαι παρα πολυ
απασχολημενος, αλλα νομιζω οτι πρεπη να κουβε-
ντιασουμε αυτην η αλλως. Και ο λογος που το
αναφερω ειναι επειδη σου εστειλα ολο το
υλικο που ειχα, υποθετω για μια αρχη.
Ειναι ενα εργο που θελει πολυ δουλεια και
βοηθεια, τους σωστους ανθρωπους να ξεχωρισου
και να καταγραψουν το υλικο, και τελικως φταλι-
σηκα, θα παρη μερικα χρονια.
Ισως τωρα ειναι η σωστη ωρα για να
προωθησουμε ολη τις ιδεες, ειδικα τωρα που
εχης αρχισει το ιδρυμα, το οποιο εαν
ενθουσια[ση]η ολους, θα αναπτυξη ενα καινουργιο
ξεκινημα για το Εξαφο.
Τελευταια ειχα την ευκαιρια να ξαναδιαβασα
το αμφορο για το ιδρυμα, και εχω μερικες
απλη ερωτησης σχετικα με την επιτροπη
των ιδρυματος.
Βλεπω ποσο σοβαρο ειναι να ειμαι μελος της
επιτροπης και να παιρνης αποφασης. Ουσιαστι-
κα, νομιζω οτι πνευματικοι και ικαρδωμενοι
ανθρωποι πρεπη να παιρνουν μεγαλη η μικρη
αποφασης για το καλο των ιδρυματος, και
εγω δεν νοιωθω οτι εχω αυτο το προσονα,
να αποφωνηθουμε και να αποφασι[ζου]ω.

GS-00380

6

Θα ζίνω γυροτα 85 χρονων, και ανυσυχω
για το αν παθω κατι; Θελω να το κουβεντια-
σουμε, συμφωνω να παρα μεινω σιωπηλο μετωτ,
αν βεβαια συμφωνητις και εσυ σ'αυτο—
Και κυριε Πορταλακη τι μιτζαει μεσα;
φυσικα ειναι πολυ νεωτερος μου, αλλα και
παλι, τι θα γινω; δεν πρεπη να προοριγης ενα
αλλο προσωπο;
Οσο μεγαλοε ο Louie και εγω, και βλεπουμε
τι μιτζαει μεσα μας, νοιωθουμε οτι πρεπη
να καλυψουμε ολα αυτα—
Μας αρεση πολυ που η Σοφια και ο Μαρκος
ειναι εδω μεσα επιτροπη, ειναι εξαιρετικη επιλογη
Οσο για τον Ελια, νομιζης οτι τωρα με ολη
τις οικονομικη μας υποχρεωσης θα μπορη
να ανταποκριθη σε τοσο σοβαρη υποχρεωσυ;
Επουμε να δω περισσοτερους ανθρωπους εδω
επιτροπη, ανθρωπους της τεχνης, με γνωσης,
ποιοτητα και ηθος, θα αναφερω ενα τετοιο
προσωπο, τον Μαρκο, για την οποια εχω μεγαλη
εκτιμηση, ειναι αυτο για σκεψη; Ο Jason εποιος
εχη για καλη φιλια με την Μαρκο και εκεινη
μπορη να τον βοηθηση εδω μεσα φερω—
ειμαι χαρουμενη που μπορεις να προσθεσης
ουσιατα—
Μια αλλη ερωτηση που εχω ειναι, εαν για
καποιο λογο το ιδρυμα κλειση, τι ορους εχης
προβλεψη για αυτα;

Ολοι fan πηριμενουμε 2ur επιτυχια 2ν
Μουσειον fan 2ν ιδρυματος, fan ολη 2ις αλλη
ιδεες fan εκτελη fna 2ν επαναστηση 2ης
ζωζης θεωης fna 2ν Σταφο 62ν κοστο 2ης
Τεχνης _

N.Y.
Summer X1

Translate by:
MOREY GIKAS