# Exhibit 27

Letter dated November 5, 2011
from Georgianna Savas to Portalakis

Plaintiff's Exhibits in Opposition to Motion to Dismiss
Savas v. Portalakis  12 cv 1248 (VM)

GeorgiannaSavas

EXHIBIT
Pl.Ex. 27

120 West 70 Street, Apt. 1B

New York, New York, 10025

November 5, 2011

Dear Mr. Portalakis,

This message concerns the continuation of the Stamos legacy in America with the entire Stamos Estate, having been stored in your possession for the last few years. The purpose of storing my paintings was to ultimately enter them into a museum that you intended to open. This is a known fact which you discussed with Stamos over 15 years ago, and me, especially given the fact that I became Executrix of the Stamos Estate.

Please don't insult me by asking for a list – by doing so you have added insult to injury. My understanding is that my paintings and memorabilia have been stored in your warehouse all this time in a section dedicated specifically for the Stamos works in question, with the exception of a few paintings in your office.

Having recently been made aware of the disappointing events following Louie's passing is overwhelming, especially my reputation having been smeared. But now that I've gotten involved, the honest thing for me to do is stop this "unfolding" situation, not unlike a cancer, from spreading. Furthermore, as I'm sure you are aware - it is a sin when one turns their back on dishonesty. As Louie said, *"Life is a series of awakenings – and this is the spiritual quest for man."* And to quote my mother's wisdom, *"God is everywhere, infinite, and sees everything and you cannot hide your actions or motives, good or bad,"* would be very apropos in this situation.

What was important throughout this whole scheme of events is living up to Stamos' wishes and resisting all opportunities and temptations to sell his works, of which there were many. By connecting with you, Mr. Portalakis, coupled with my undying trust and respect in you, the entire Stamos Estate was shipped to you to store for the museum you were supposedly starting, as stated earlier.

Having connected with the Hollis Taggart Gallery in 2007 was a blessing. I firmly believed with this connection in New York, and our mutual goal of opening a museum with a Stamos wing in Greece, that we were on our way to resurrecting the Stamos legacy, world-wide - but unfortunately that didn't come to pass.

1

GS-00014

So that there's no confusion and ease in returning the Stamos Estate to me, what I expect from you as a man of honor is to abide by your word concerning how you handled the various shipments of Stamos' work that was sent to you, i.e., which was to provide me with a complete list after it was in your possession, in Greece. Furthermore, regarding the memorabilia, you repeatedly stated that you would have university students itemize everything, which has not happened as of 2011. Therefore you never provided me with such lists, which was overlooked on my part because of our excellent relationship.

The list should include:

1. Framed paintings, canvases and Masonites
2. Canvases on stretchers
3. Collages
4. Black & white drawings (wood & silver frames) charcoal & ink, crayon, Indian Ink and brush
5. Portfolio of drawings with protective paper between pages
6. Unfinished primed canvas, brushes and artist smock
7. Icons
8. Tapestry
9. Plexi glass paint pallet
10. 12 boxes – (miscellaneous documents, photos, fans, and other personal papers)
11. Rothko Drawings

PS. My greatest desire is that this return of the Stamos Estate be handled in a dignified way, by not adding to the ugly facts which are already public knowledge in the Art World here in New York. As I have already noted, I would like very much to handle this in a dignified manner to maintain some hope that much good will be remembered for Stamos through your past efforts.


GeorgiannaSavas

GS-00015