# Exhibit 28

Letter November 9, 2011 f

rom Arthur A Mannarino Esq. to Nicholas Patouris Esq.

Plaintiff's Exhibits in Opposition to Motion to Dismiss

Savas v. Portalakis  12 cv 1248 (VM)

# Mannarino & Candela, P.C.

Steven Candela, Esq.  Attorneys at Law  Arthur A. Mannarino, Esq.

315 Madison Avenue, Suite 1804
New York, New York 10017
Tel No.: (212) 689-1131
Fax No.: (212) 689-4772
www.mannarinoandcandela.com
aam2920@yahoo.com



PI.Ex. 28

November 9, 2011

<u>E-MAIL: n.patouris@netmail.att.net</u>
Fax (212) 643-1882
Mr. Nicholas Patouris
1350 Broadway (Suite 2500)
New York, New York 10018

<u>Re: Georgianna Savas</u>

Dear Mr. Patouris:

    My office represents Ms. Georgianna Savas. My client has provided me with a copy of the enclosed letter she wrote to Zacharias Portalakis pertaining to the works of art of her brother , Theorore Stamos. As this matter is very serious and quite involved Ms Savas has requested that all future correspondence shall go through me.
    Please feel free for you or you legal counsel to contact me with any questions

Very truly yours,

Arthur A. Mannarino

AAM:no
enc
cc: Gorgianna Savas
    Jason Stamos

GS-00013