# Exhibit 29

Email dated December 1, 2011

from Nicholas Patouris Esq.to Jason Savas

Plaintiff's Exhibits in Opposition to Motion to Dismiss

Savas v. Portalakis  12 cv 1248 (VM)



**Estate of Stamos v Portalakis**  Thursday, December 1, 2011 2:37 PM

From: "Nicholas Patouris" <nylaw100@yahoo.com>
To: "Jason Savas" <brokenarrownyc@yahoo.com>, "Arthur Mannarino" <aam2920@yahoo.com>

Gentlemen
I am writing this letter to confirm that I have received instructions from Mr Portalakis' Greek counsel to explore the posibility of a settlement with you, in connection with the return of the items you are requesting. Due to a death of a client, however, and the resulting exigencies concerning the trasnportation of his body to greece and other pressing matters of his estate, I have not been able to work on the Portalakis matter immediately. I expect that I will be able to do so within the next 4 or 5 business days. Within that time, you will be receiving a detailed counterproposal on behalf of Mr Portalakis.

Yours Truly,

Nicholas Patouris, JSD
Attorney at Law
1350 Broadway, Suite 2500
New York, NY 10018
Tel 212 213-2326
Fax 212 643-1882