# Exhibit 30

Email dated December 20, 2011
from Jason Savas to Nicholas Patouris Esq.

Plaintiff's Exhibits in Opposition to Motion to Dismiss
Savas v. Portalakis  12 cv 1248 (VM)



| | | |
|---|---|---|
| **Re: Stamos Estate V Portalakis** | | Tuesday, December 20, 2011 6:56 PM |
| From: | "Jason Savas" <brokenarrownyc@yahoo.com> | |
| To: | "Nicholas Patouris" <n.patouris@inetmail.att.net>, nylaw100@yahoo.com, "Arthur Mannarino" <aam2920@yahoo.com> | |

**EXHIBIT Pl.Ex. 30**

Mr. Patouris,

I refer to your email dated Thursday, December 1, 2011, in which you stated that we should be receiving a detailed counter proposal within 4 - 5 business days concerning the return of the entire Stamos Estate, in its entirety, from your client, Mr. Portalakis.

This has not happened as of today, December 20th. It is now twenty days later, which is unacceptable behavior, considering the damage that your client has created between the years 2008-2011, and how it has affected my mother's health, when the ugly facts were brought to her attention by the Art World in New York.

We await your reply.
Jason Savas


CC:
Charles Duncan
Michael Taylor
Vivian Bullaudy