# Exhibit 31

Email "Letter" dated December 31, 2012
from Georgianna Savas to Portalakis

Plaintiff's Exhibits in Opposition to Motion to Dismiss
Savas v. Portalakis  12 cv 1248 (VM)



EXHIBIT
Pl.Ex. 31

**Letter from Georgianna Savas**  Saturday, December 31, 2011 3:09 PM

From:  "Jason Savas" <brokenarrownyc@yahoo.com>
To:    "Zacharias Portalakis" <info@Portalakis.gr>, vikibts@yahoo.gr

I find it very significant that our mutual interest to resolve this situation, is happening with the oncoming of the New Year 2012 - a most sacred time of the year.

This particular letter will be brief. It is to let you know that Morfy told us about the conversation she had with you concerning the Stamos Estate. She told us that you have been photographing the works of art, and had thus far, over 250 pictures. She also told us that you would like for her to convey this message to us, which she did.  This letter is to let you know that I am aware of what you have been doing in Greece.

What surprises me is that there has been no correspondence to Jason from Mr. Patouris, at all, which has left us in the dark and questioning your intentions. I should like to refer you to the email Jason received on December 1, from Mr. Patouris, in which he stated I would be receiving a detailed counter-proposal from you. That statement has no bearing on anything taken place, since I never proposed anything. However, I have been waiting for the aforementioned counter-proposal on your part, which never came, if surely, there should be any when considering the nightmare which I have had to live through without any further results, so far.

I absolutely do have a list of proposals to meet which should then, once and for all, stop this cancerous situation from erupting into a world-wide problem, which is not a Stamos scandal, but yours. I await a reply to this letter with your proposals to see if I agree with you or not, so that we can move forward with plans on how to proceed.

Georgianna Savas
Jason Savas

ECF-02796