# Exhibit 33

Gianakos Exhibition and Publication History

Alpha Delta Gallery Web Site

Plaintiff's Exhibits in Opposition to Motion to Dismiss
Savas v. Portalakis 12 cv 1248 (VM)

**ALPHA DELTA GALLERY**

info | artists | exhibitions
contact | site map

home/artists/Cris Gianakos

EXHIBIT
Pl.Ex. 33



# CRIS GIANAKOS

Born 1934, New York, USA.
Lives and works in New York.

**Education**
School of Visual Arts, New York NY, US

**Grants**
**1990**
Pollack-Krasner Foundation
**1989**
Adolph and Esther Gottlieb Foundation
**1980**
CAPS (sculpture)
National Endowment for the Arts (sculpture)
**1976**
CAPS Grant Recipient (sculpture)

**Solo Exhibitions**
**2005**
Stefan Stux Gallery, New York, US
Sarah Moody Gallery of Art, University of Alabama, Tuscaloosa AL, US
**2003**
Kunsthus, Lules SE
Galleri Stefan Andersson, Umea SE
AD Gallery, Athens GR
**2002**
State Museum of Contemporary Art, Thessaloniki GR
Stark Gallery. New York, US
**2000**
Stark Gallery, Crosby Street Project Space, New York, US
**1998**
Galleri Stefan Andersson, Umea SE
**1997**
Stefan Stux Gallery, New York, US
Thessaloniki Design Museum, Thessaloniki GR
View, New York, US
**1995**
Wynn Kramarsky, New York, US
**1994**
AD Gallery, Athens GR
**1993**
Stark Gallery, New York, US
Galerie Von Der Tann, Berlin DE
Jessica Berwind Gallery, Philadelphia PA, US
Stark Gallery, New York, US
**1991**
AD Gallery, Athens GR
**1990**
Le Salon d' Art, Bruxelles BE
Stark Gallery, New York, US
**1989**
Julian Pretto/ Berland Hall Gallery, New York, US
University Gallery, University of Massachusetts, Amherst MA, US
**1988**
Siegeltuch Gallery, New York, US
**1986**
Galleri Blanche, Stockholm SE
Oscarsson Siegeltuch Gallery, New York, US
Galerie Nordenhake, Malmo SE
Galeria Krista Mikkola, Helsinki FI
Galeri Riis, Oslo NO
**1982**
Galerie Nordenhake, Malmo SE
Galleriet, Lund SE
**1981**
Marianne Deson Gallery, Chicago IL, US
**1980**
Hal Bromm Gallery, New York, US
Marianne Deson Gallery, Chicago IL, US
**1979**
Hal Bromm Gallery, New York, US
Nassau County Museum of Fine Arts, Roslyn NY, US
**1977**

55 Mercer Street, New York, US
**1975**
55 Mercer Street, New York, US
**1973**
Hundred Acres, New York, US
**1972**
Hundred Acres, New York, US

**Group Exhibitions**
**2004**
*AAF Contemporary Art Fair,* New York, US
*New Etchings and Monoprints,* VanDeb Editions, New York, US
*Stockholm Art Fair,* Galleri Stefan Anderson, Stockholm SE
**2002**
*Places in Our Lives, Art in Embassies Program,* United States Embassy, Dakar SN
*Aesthetic Balance,* Andre Zarre Gallery, New York, US
*Intrepid,* Rosenberg & Kaufman Fine Art, New York, US
**2001**
*Space,* University Gallery, University of Massachusetts, Amherst MA, US
*Spring Group Show,* Betty Wasserman Art & Interiors, New York, US
*Shoes or No Shoes?,* Het Museum Voor Schoene Kunsten, Berlin DE
*2000*
*Heavy Metal,* Roger Smith Gallery, New York, US
*Design Routes,* Hellenic American Union, Athens GR
*Generation of the '60s (A Selection),* AD Gallery, Athens GR
**1999**
*Modern Odysseys: Greek-American Artists of the 20th Century,* Queens Museum of Art, New York, US (1999) & State Museum of Contemporary Art, Thessaloniki GR (2000)
*Sculpture in the Window,* Mitchell Algus Gallery, New York, US
*Summer exhibition,* Galerie Anhava Artek, Helsinki FI
*My Girlfriend Iris,* Pamplemousse Press, New York, US
*Bladen, Gianakos, Bill, Josephson, Zoderer, Long, Haerle, Serra, Rossi, Dedelley,* Haus Bill, Zurich CH
**1998**
*Prints and Drawings,* Betsy Senior Gallery, New York, US
*Sculptors Draw,* Rosenberg & Kaufman Fine Art, New York, US
D*en Stokiga Samtiden I En Slottspark, Wanasutstallningarna, 1987-1997,* Skissernas Museun, Lund SE
*School of Visual Arts Gold: Fifty Years of Creating Graphic Design,* Visual Arts Museum, New York, US
*Open Salvo,* White Box Gallery Inaugural Exhibition, White Box Gallery, New York, US
*Large-scale: Drawings from the Collection of Wynn Kramarsky,* The Aldrich Museum of Contemporary Art, Ridgefield CT, US
*Works on Paper: Modern & Contemporary Sculptors,* 2 Sculptors Gallery, New York, US
*Excudit,* Ateije Larsen, Vikingsbergs Konstmusem, Helsingborg SE
**1997**
*Possessions II,* Visual Arts Museum, New York, US
*New York Visions: The William Zimmer Gift to Reading Public Museum,* Reading Public Museum, Reading PA, US
*Drawing from Life,* Stark Gallery, New York, US
*One of a Kind,* Rosenberg-Kaufman Fine Art, New York, US
*Sit on This: The Chair as Art,* Palm Beach Community College Museum of Art, Lake Worth FL
**1995**
*Drawings,* Wynn Kramarsky, New York,, US
**1994**
*Ten,* Printmaking Workshop Gallery, New York, US
*Recent Gifts and Acquisitions,* University Gallery, University of Massachusetts, Amherst MA, US
**1993**
*Floor Show,* Anders Tornberg Gallery, Lund SE
*The Printmaking Workshop,* Bob Blackburn's Collection, Reinberger Galleries, Cleveland Institute of Art, Cleveland OH, US
*Art Athina 93,* AD Gallery, Athens GR
*Photography and the Visual Arts,* Art Athina 93, Athens GR
T*he Tenth Summer,* Stephen Rosenberg Gallery, New York, US
*New Directions in Two Dimensions,* Wynn Kramarsky, New York,, US
*Drawings From 55 Ferris Street,* Wynn Kramarsky, New York, US
**1992**
*In the Public Space,* Franklin Parrasch Gallery, New York, US
*Prints from Bob Blackburn's Printmaking Workshop,* Albright-Knox Art Gallery, Buffalo NY, US
**1991**
*Geometric Considerations,* Capital Cities/ ABC, Art Advisory Service, The Museum of Modern Art, New York, US
*Drawings from 55 Ferris Street,* Jessica Berwind Gallery, Philadelphia PA, US
*Bob Blackburn Print Collection,* Anita Shapolsky Gallery, New York, US
P*ainting Into Object,* Stark Gallery, New York, US
*Drawings,* Ruggiero Gallery, New York, US
*Large Scale,* Stark Gallery, New York, US
*Paper Trail,* Stephen Rosenberg Gallery, New York, US
**1990**
*Out of Doors: Diversity in Environmental Sculpture,* Kouros Gallery, New York & Sculpture Center, Ridgefield CT, US
*Works From the Permanent Collection,* Malmo Konsthall, Malmo SE
Group Exhibition, Stark Gallery, New York, US
*Cristos Gianakos, Michael Gitlin, Andrew Topolski - Sculpture and Drawings,* Jessica Berwind Gallery, Philadelphia PA, US
*Contemporary Fresco,* Stark Gallery, New York, US
*Graphic Design in America: A Visual Language History,* IBM Gallery of Art & Science, New York, Walker Art Center, Hennepin MN, Phoenix Art Museum, Phoenix AZ, US & Design Museum, Butler's Wharf, London UK
**1989**
*Valentines: Red Hearts and Flying Cupids,* Sabbeth Gallery, Glen Cove, New York, US
*Drawings,* Anita Shapolsky Gallery, New York, US
*Contemporary Abstract Drawings,* Stephen Rosenberg Gallery, New York, US
*New Acquisitions,* Brooklyn Museum of Art, Brooklyn NY, US
*Printmaking Workshop,* Gallery Asback, Copenhagen DK
*Works from the Permanent Collection,* Malmo Konsthall, Malmo SE & Brandts Klaedes Fabrik, Odense DK
**1988**
*Gallery Artists Group Exhibition,* Siegeltuch Gallery, New York, US
*A Contemporary Celebration: Exploring the Foundations of Sculpture,* Zolla/ Lieberman Gallery, Chicago IL, US

*The Modern Poster,* The Museum of Modern Art, New York, US
Summer Group Show, Jessica Berwind Gallery, Philadelphia PA, US
Summer Group Show, Siegeltuch Gallery, New York, US
*Moving Experiences: The Art and Science of Kinetics,* Bergen Museum of Art and Science, Paramus NJ, US
*Twenty-Four Cubes,* The University of Massachusetts, Amherst MA, US
*Works from the Porkkana Permanent Collection,* Old Student House Gallery, Helsinki FI
*Printmaking Workshop,* Grafiska Sallskapets Galleri, Stockholm SE
*Sculptors' Proposals for Large-Scale Works,* 14 Sculptors Gallery, New York, US
*December Group Exhibition,* Jessica Berwind Gallery, Philadelphia PA, US
*The Red and the Black,* The Municipal Gallery of Lefkada, Lefkada GR
**1987**
*Excavation,* Oscarsson Siegeltuch Gallery, New York, US
*Drawings of the Eighties,* Carnegie-Mellon University, Pittsburgh PA, US
*Diamonds are Forever - Artists and Writers on Baseball,* Smithsonian Institution, Washington DC & New York State Museum, Albany NY, US
*Black,* Siegeltuch Gallery, New York, US
*Nyle Press - The First Year,* Nyle Press, New York, US
*The Old and the New,* The Municipal Gallery of Lefkada, Lefkada GR
*Outside In,* Socrates Sculpture Park at Columbus Circle City Gallery, Department of Cultural Affairs, New York, US
*Recent Acquisitions,* Art Bank Program, United States Department of State, Washington DC, US
*Petit Format,* Kouros Gallery, New York, US
*Group Sculpture Exhibition,* Galerie Nordenhake, Stockholm SE
**1986**
*Selected Works From the Permanent Collection,* Nassau County Museum of Fine Art, Roslyn NY, US
Oscarsson Siegeltuch Gallery, New York, US
*Monotypes,* Oscarsson Siegeltuch Gallery, New York, US
**1985**
*5 Sculptors,* Linkoping Museum, Linkoping SE
*Works on Paper by Gallery Artists,* Germans Van Eck Gallery, New York, US
*The Five and Dime Goes to the Beach,* The 5 and Dime, New York, US
*New York Collaboration - Prints From Bob Blackburn's Printmaking Workshop,* Galveston Arts Center Gallery, Galveston TX (1985) & Korn Gallery, Drew University, Madison NJ, US (1986)
*Umpires of Art,* Gallery 53, Cooperstown NY, US
*New Acquisitions 1980-85,* Moderna Museet, Stockholm SE
*The House and Garden: Tenth Anniversary Exhibition,* Nassau County Museum of Fine Art, Roslyn NY, US
**1984**
*Mail Art Exhibition,* Franklin Furnace Gallery, New York, US
*Call and Response: Art on Central America,* Colby College Museum of Art, Waterville ME, US
*Offset: A Survey of Artists Books,* Hera Cooperative Gallery, Wakefield RI, US
*Baubles,* Pratt Manhattan Center Gallery, New York, US
*Tit for Tatlin,* Alternative Museum, New York, US
*Drawings,* Sculpture Center, New York, US
**1983**
*Paintings and Drawings,* Galerie Nordenhake, Malmo SE
*Construction,* North Terminal Connector Gallery, San Francisco CA, US
*Connections: Bridges/ Ladders/ Ramps/ Staircases/ Tunnels,* Institute of Contemporary Art, University of Pennsylvania, Philadelphia PA, US
*New York in Linkoping,* Linkoping Museum, Linkoping SE
*Terminal New York,* The Brooklyn Army Terminal, Brooklyn NY, US
*Art for Your Collection,* Bucknell University, Lewisberg PA, IS
*Group Show,* Gallerie Norballe, Copenhagen DK
*Varieties of Sculptural Ideas: Drawings and Maquettes,* Max Hutchison Gallery, New York, US
*The Modern American Poster,* National Museum of Modern Art, Kyoto JP
*Artists Books,* Bienal International de Libro de Artista, Buenos Aires AR
**1982**
*Muestra International de Arte Grafico,* Arteder '82, Bilbao ES
**1981**
*Drawings,* Hal Bromm Gallery, New York, US
*Drawings,* Landmark Gallery, New York, US
*The Summer Show,* Hal Bromm Gallery, New York, US
*Environmental Interplay: Seven Sculptors,* Alternative Museum, New York, US
*Artists Books,* Zone, Springfield MA, US
*Paper Caper,* Frank Marino Gallery, New York, US
**1980**
*The Fine Art of Making Books: Artists Books from Duchamp to the Present,* Pratt Institute Gallery, Brooklyn NY, US
*Architectural Sculpture,* Institute of Contemporary Art, Los Angeles CA, US
*On Paper,* The Virginia Museum of Fine Art, Richmond VA, US
*Selections from the Collection of Milton Brutten and Helen Herrick,* Ben Shahn Gallery, William Patterson College, Wayne NJ, US
*CAPS Sculpture Show,* Niagra Community College, New York, US
**1979**
*Drawing,* Hal Bromm Gallery, New York, US
*Summer Show,* Hal Bromm Gallery, New York, US
*Let There Be Light,* Alternative Center for International Arts, New York, US
*Transitions,* Alternative Center for International Arts, New York, US
*In the Shadow of Duchamp; The Photomechanical Revolution and the Artist's Books, 1968-1978,* The Grolier Club, New York, US
*118 Artists,* Landmark Gallery, New York, US
*Renaissance Society Drawing Exhibition,* Bergman Gallery, University of Chicago, Chicago IL, US
**1978**
*Artists Books USA,* ME, Spaces I, SUNY College, Old Westbury, New York,, US
*Books as an Art Medium,* Parson Exhibition Center, New York, US
**1977**
*Sculptors Preliminaries,* Central Michigan University, Mt. Pleasant MI, US
*Contemporary Drawing Invitational Show,* Lake Placid School of Art, Lake Placid NY, US
*Collection in Progress,* Moore College of Art, Philadelphia PA, US
*Sculpture Show,* University of Hartford Art School, Hartford CT, US
*Xerox Imagery,* University of Colorado, Boulder CO, US
*Photonotations II,* Rosa Esman Gallery, New York, US
*NOEMATA,* The Brooklyn Museum, Brooklyn NY, US
*School of Visual Arts: 10 Alumni,* Hundred Acres, New York, US

**1976**
*Images of an Era: American Posters 1945-75,* National Collection of Fine Arts, Smithsonian Institution, Washington DC, US
*Gestures - Painting, Sculpture and Drawings,* The Gallery of July and August, Woodstock NY, US
*Photonotations,* Rosa Esman Gallery, New York, US
*Sculptors' Drawings,* Fine Arts Building, New York, US
**1975**
*Spare,* Central Hall Gallery, Great Neck, US
*Collectors of the Seventies - Part III, A Collection in Progress,* The Clocktower, New York, US
**1974**
New Jersey State Museum, Trenton NJ, US
**1973**
*Drawings by Young Artists,* Virginia Museum of Fine Arts, Richmond VA, US
**1972**
Parker Street 470, Boston MA, US
*Making Megalopolis Matter,* New York Cultural Center, New York, US
**1971**
*Drawings,* French & Co., New York, US
*Posters,* Museum of Modern Art, New York, US
*Artist as Advocate,* Museum of Modern Art, New York, US
*Sculpture,* Berkshire Museum, Pittsfield MA, US
*Drawings,* Hundred Acres, New York, US
*Two Man Show* (with Julias Tobias), Bard College, Annandale-on-Hudson NY, US
*First Sculpture Annual,* Hundred Acres, New York, US
**1970**
*Young Artists of New York,* Greenwich Library, New York, US
*A Plastics Presence,* San Francisco Museum of Art, San Francisco CA, US
*Series Photography,* Visual Arts Gallery, New York, US
*Annual Exhibition,* Salon Society, New York, US
**1969**
Smithsonian Institution, Washington DC, US
*Sculpture Annual,* Whitney Museum of Art, New York, US
*Plastics in Editions,* Jewish Museum, New York, US
*A Plastics Presence,* Milwaukee Art Center, Milwaukee WI & Jewish Museum, New York, US
**1968**
*Transparent Sculpture,* Visual Arts Gallery, New York, US
*Plastics Show,* American Crafts Museum, New York, US
*Annual Exhibition: Contemporary American Sculpture,* Whitney Museum of American Art, New York, US
*Sculpture Show,* Flint Institute of Art, Flint MI, US
**1967**
*Posters From the Permanent Collection,* Museum of Modern Art, New York, US
**1966**
*The Box Show,* Byron Gallery, New York, US

**Installations (selection)**
**2004**
Olympic Gridlock, Athens by Art, Municipality of Athens & AICA Hellas, Athens GR
**2003**
Double Cross, 10 aquatint etchings, Dunkers Kultur Hus, Helsingborg SE
The Victory, The Apartment Complex, New York, US
**2002**
Double Cross, Umedalen Sculpture 02, Umea SE
**2000**
Gridlock, State Museum of Contemporary Art, Thessaloniki GR (permanent installation)
**1999**
Double Cross, Stockholm Art Fair, Galleri Stefan Andersson, Stockholm SEE
Soma, Pratt Sculpture Park, New York, US
South Horizon, Collection of Martin and Nancy Melzer, Remsenberg NY, US
Model Home, Footfalls '99, Maritime Museum, Greenport NY, US
Three, 3 Corten Cubes, City Library, Hsrnssand SE (permanent installation)
**1998**
Two, 3 Corten Cubes, Umea Kultur, Broparken, Umea SE
**1997**
Gridlock, Thessaloniki Culture Capital of Europe 1997, Alaca Imaret, Thessaloniki GR
Zumikon Ramp, Max Bill George Vantongerloo Stiftung, Zurich CH
**1996**
Beamwalk, Umedalen Sculpture 96, Umea SE (permanent installation)
**1995**
Maroussi Ramp, Emfietzoglou Gallery, Athens GR (permanent installation)
Kouros, European Cultural Centre of Delphi, Delphi GR
**1994**
Morpheus II, French Woods Festival, Hancock NY, US
**1992**
Track Two, 55 Ferris Street, Brooklyn NY, US
**1990**
Wanas Ramp & Orion, Wanasutsallningen, Knislinge, SE
**1989**
Cul De Sac II, Ewing Gallery, University of Tennessee, Knoxville TN, US
**1988**
Styx, C.W. Post College of Long Island University, Long Island NY, US (permanent installation)
Deja Vu V, Minos Beach Art Hotel, Agios Nicolaos Crete GR
**1987**
Styx & Walk On/ Sit Down/ Go Through, Socrates Sculpture Park, Queens NY, US
**1985**
Civilization, The 5 & Dime, New York, US
Sculpture at BMCC, Morpheus, Borough of Manhattan Community College, CUNY, New York, US
Gemini, SAS Boat Station, Malmo Harbour SE (permanent installation)
**1983**
Malmo Konsthall, Malmo, SE
Diver & Modern Mythology, Fordham University, New York, US

**1982**
Eclipse, New York Public Art Fund, intersection of West Broadway and Chambers, New York, US
Sculpture Exhibition, Ward's Island, New York, US
Dark Passage, Moderna Museet, Stockholm SE (permanent installation)
Cul de Sac, Artpark '82, Lewiston, New York, US
**1981**
Sculpture Now, Outdoor Sculpture in the Public Park, Galerie Nordenhake, Malmo SE
**1980**
Nineteen at Twenty-Six, 26 Federal Plaza, New York, US
Sitesights & Double Dutch, Pratt Institute, Brooklyn NY, US
**1978**
Breach, Lobby of Tishman Building, New York, US
Ramp 4, P.S.1, New York, US
The Message is the Medium: Artworks of Artforum, Institute for Art & Urban Resources, P.S.1, New York, US
Part One, Sculpture Library, Ward's Island, New York, US
**1977**
State University of New York, Plattsburgh NY, US (outdoor sculpture)
**1972**
Making Megalopolis Matter, New York Cultural Center, New York, US (outdoor sculpture)
White Powder Piece, John Bartholomew Tucker Show, CBS-TV, New York, US
**1970**
White Powder Piece & World Works, Central Park, New York, US
**1969**
White Powder Piece & Street Works, intersection of Spring and Greene Streets, New York, US

**Artworks in Motion Pictures**
**2000**
*Fear, Anxiety, and Depression,* directed by Todd Solondz
**1988**
*Working Girl,* directed by Mike Nichols

**Artist's Books**
**1979**
*Ramps*
**1976**
*Me*
*16 View*
**1971**
*The White Pit of Mykonos*

**Editions**
**2004**
Metropolis III, published by VanDeb Editions
Metropolis II, published by Galleri Stefan Andersson
**2003**
Metropolis I, published by Portalakis Collection
**2002**
Doublecross, published by Koppartryck Hogtryck Forstalning Workshop/Ole Larsen
**1997**
Mirage III, published by Stefan Andersson Gallery
**1992**
Mirage II, published by Schwartz Art
Alpha Series, xerox copier and collage
**1991**
Mirage I, published by Stark Gallery
**1986-87**
Shakkei, published by Nyle Press
**1985**
Aurora, published by Galerie Nordenhake.