# Exhibit 2

Email dated January 6, 2012
from Nicholas Patouris, Esq. to Jason Savas

Plaintiff's Exhibits in Opposition to Motion to Dismiss
Savas v. Portalakis  12 cv 1248 (VM)




**Re: Stamos Estate V Portalakis**  Friday, January 6, 2012 4:28 PM

**From:** "Nicholas Patouris" <nylaw100@yahoo.com>
**To:** "Jason Savas" <brokenarrownyc@yahoo.com>

Mr Savas
I am writing at the request of my client in Greece to confirm the following:
1. He is confirming that on or about January 17, 2012, he will provide you with a full list of the items in his possession that he wishes to return to your mother;
2. On or about that date he will have completed photographing those items and will provide you with copies of those photographs
3. He wishes to have this matter closed amicably and finally, as Morfi has assured you.
I will be in touch with you as soon as I hear from Greece.

Yours Truly

Nicholas Patouris, JSD
Attorney at Law
1350 Broadway, Suite 2500
New York, NY 10018
Tel 212 213-2326
Fax 212 643-1882

---

**From:** Jason Savas <brokenarrownyc@yahoo.com>
**To:** Nicholas Patouris <n.patouris@inetmail.att.net>; nylaw100@yahoo.com; Arthur Mannarino <aam2920@yahoo.com>
**Sent:** Tuesday, December 20, 2011 6:56 PM
**Subject:** Re: Stamos Estate V Portalakis

Mr. Patouris,

I refer to your email dated Thursday, December 1, 2011, in which you stated that we should be receiving a detailed counter proposal within 4 - 5 business days concerning the return of the entire Stamos Estate, in its entirety, from your client, Mr. Portalakis.

This has not happened as of today, December 20th. It is now twenty days later, which is unacceptable behavior, considering the damage that your client has created between the years 2008-2011, and how it has affected my mother's health, when the ugly facts were brought to her attention by the Art World in New York.

We await your reply.
Jason Savas


CC:
Charles Duncan
Michael Taylor
Vivian Bullaudy

ECF-02798