# Exhibit 7

Photograph of Box No 12 from

Exhibits to Escrow Application and New Greek Complaint

Plaintiff's Exhibits in Opposition to Motion to Dismiss

Savas v. Portalakis  12 cv 1248 (VM)



205-206-207 } № 12

EXHIBIT
Pl.Ex. 7



12

GS-02370