# Exhibit 8

Photograph of Box No 05 from

Exhibits to Escrow Application and New Greek Complaint



16-32-80-79-85-108-135-198 } № 5

EXHIBIT
Pl.Ex. 8



5

GS-02363