# Exhibit 9

Photograph of Box No 11 f
rom Exhibits to Escrow Application and New Greek Complaint

Plaintiff's Exhibits in Opposition to Motion to Dismiss
Savas v. Portalakis  12 cv 1248 (VM)



168-169 } Nº 11

EXHIBIT
Pl.Ex. 9



11