# Exhibit 11

National Gallery Stamos

Retrospective Catalog September 30, 1997,

Front Pages

Plaintiff's Exhibits in Opposition to Motion to Dismiss
Savas v. Portalakis  12 cv 1248 (VM)

EXHIBIT
Pl.Ex. 11

# ΘΕΟΔΩΡΟΣ ΣΤΑΜΟΣ 1922-1997 | ΑΝΑΔΡΟΜΙΚΗ
# THEODOROS STAMOS 1922-1997 | A RETROSPECTIVE

ΕΘΝΙΚΗ ΠΙΝΑΚΟΘΗΚΗ
& ΜΟΥΣΕΙΟ ΑΛ. ΣΟΥΤΖΟΥ

NATIONAL GALLERY
& AL. SOUTZOS MUSEUM

# ΘΕΟΔΩΡΟΣ ΣΤΑΜΟΣ 1922-1997
## ΑΝΑΔΡΟΜΙΚΗ

# THEODOROS STAMOS 1922-1997
## A RETROSPECTIVE

ΥΠΟΥΡΓΕΙΟ ΠΟΛΙΤΙΣΜΟΥ
ΕΘΝΙΚΗ ΠΙΝΑΚΟΘΗΚΗ ΚΑΙ ΜΟΥΣΕΙΟ ΑΛΕΞΑΝΔΡΟΥ ΣΟΥΤΖΟΥ

THE MINISTRY OF CULTURE
NATIONAL GALLERY AND ALEXANDROS SOUTZOS MUSEUM

GS-002706

GSB-02006

ΧΟΡΗΓΟΣ

**ΖΑΧΑΡΙΑΣ Γ. ΠΟΡΤΑΛΑΚΗΣ**
**ΧΡΗΜΑΤΙΣΤΗΡΙΑΚΗ Α.Ε.**
ΜΕΛΟΣ ΤΟΥ ΧΡΗΜΑΤΙΣΤΗΡΙΟΥ ΑΞΙΩΝ ΑΘΗΝΩΝ

SPONSOR

**ZACHARIAS G. PORTALAKIS S.A.**
**BROKERAGE FIRM**
MEMBER OF THE ATHENS STOCK EXCHANGE

| | |
|---|---|
| Με ιδιαίτερη χαρά και συγκίνηση χαιρετίζω την ιστορική αναδρομική έκθεση αφιερωμένη στον μεγάλο Ελληνοαμερικάνο καλλιτέχνη Θεόδωρο Στάμο. | With particular delight and emotion I salute the historic retrospective exhibition dedicated to the great Greek-American artist, Theodoros Stamos. |

Με ιδιαίτερη χαρά και συγκίνηση χαιρετίζω την ιστορική αναδρομική έκθεση αφιερωμένη στον μεγάλο Ελληνοαμερικάνο καλλιτέχνη Θεόδωρο Στάμο.

Χαρά, γιατί η ιδιωτική πρωτοβουλία υπηρετεί την πολιτιστική υπόσταση της χώρας μας σαν μορφή κοινωνικής συνείδησης και συγκίνηση, γιατί μου δίδεται η ευκαιρία συμμετέχοντας στην πραγματοποίηση αυτής της έκθεσης να τιμήσω, στο μέτρο των δυνατοτήτων μου, τον ΚΑΛΛΙΤΕΧΝΗ, τον ΕΛΛΗΝΑ και τον ΦΙΛΟ μου Θεόδωρο Στάμο. Μια ξεχωριστή μορφή πνεύματος στο Κίνημα της Αφαίρεσης.

Αισθάνομαι ευτυχής που κατάφερα να συνδέσω μερικά από τα χρόνια μου με τη Ζωή και φιλία του Θεόδωρου Στάμου. Μια προσωπικότητα με ριζωμένη στην ψυχή του την ΤΕΧΝΗ και την ΕΛΛΑΔΑ.

Ολόκληρο το έργο του ένας βαθύς στοχασμός και συγχρόνως μια επανάσταση στα γεγονότα και την κατάσταση που επικρατεί με το τέλος του πολέμου. Έργο συμβολικό, κωδικοποιημένο, γεμάτο συναίσθημα, βαθιά πνευματικότητα, ριζωμένο στις ανθρώπινες αξίες, ισορροπία στη φόρμα και στο χρώμα και όλα μαζί συμπυκνωμένα μέσα στα «Ατέρμονα Πεδία» και τους «Πνευματικούς Ορίζοντες».

Ο Στάμος σήμερα μας κληροδοτεί μια πλούσια από άποψη πολιτισμού κληρονομιά, που μας επιβάλλει ανάλογη συναίσθηση και ευθύνη. Ελλάδα και Έλληνες νοιώθουμε υπερήφανοι για την πρώτη και ιστορική αναδρομική έκθεση του Θεόδωρου Στάμου.

Συγχαρητήρια στην Εθνική Πινακοθήκη για την οργάνωση της ιστορικής έκθεσης και ένα μεγάλο ευχαριστώ στο Φίλο μου Θεόδωρο Στάμο για τη φιλοξενία που μας προσφέρει σήμερα μέσα στο έργο και την ψυχή του.

Ζαχαρίας Πορταλάκης
Χρηματιστηριακή Α.Ε.
Μέλος του Χρηματιστηρίου Αξιών Αθηνών
Πρόεδρος και Διευθύνων Σύμβουλος

---

With particular delight and emotion I salute the historic retrospective exhibition dedicated to the great Greek-American artist, Theodoros Stamos.

Delight because private initiative serves the cultural foundation of our country as a form of social awareness, and emotion because I am thus given the opportunity to participate in the realization of this exhibition, to honor, to the limits of my abilities, the ARTIST, the GREEK and my FRIEND, Theodoros Stamos. A figure of exceptional spirituality in the Abstract Movement.

I feel fortunate that I managed to share several years of my life with the Life, and friendship of Theodoros Stamos. A person who had ART and GREECE rooted in his soul.

His entire oeuvre is one deep meditation and at the same time marks a revolution in terms of the events and the situation that prevailed at the end of the war. A symbolic work, codified, full of sentiment, and profound spirituality, firmly rooted in human values, with equilibrium in form and color and all this densely packed into the *Infinity Fields* and the *Spiritual Horizons*.

Today Stamos has bequeathed to us a rich heritage, when viewed from the cultural perspective, which behooves us to act with the corresponding emotion and responsibility. Both Greece and Greeks feel proud of this first and historic retrospective exhibition of Theodoros Stamos.

I congratulate the National Gallery for the organization of this historic exhibition and send a great thank you to my Friend Theodoros Stamos for all that he is now offering us through his work and from his soul.

Zacharias G. Portalakis
Brokerage Firm
Member of the Athens Stock Exchange
Managing Director