# Exhibit 13

Email May 6, 2009

rom Arthur A Mannarino, Esq. to Vasiliki E. Betsou, Esq.

Plaintiff's Exhibits in Opposition to Motion to Dismiss
Savas v. Portalakis  12 cv 1248 (VM)



**EXHIBIT Pl.Ex. 13**

copyrights

From: "Arthur Mannarino" <aam2920@yahoo.com>
To: betsou.v@dsa.gr

Wednesday, May 6, 2009 12:42 PM

Ms. Betsou:
In response to your e-mail, please note the following:
A. I will be sending the agreement, once modified as agreed, and only after the Foundation is legally formed, to Mr. Portalakis by DHL for his signature;
B. Though it is not required by NY law I will insert the date of the Will and the Surrogate's Court Index no. so as to avoid any questions as to its legality;
C. There is no US tax applicable to the "buying' of the rights;
D. There is no specific "personality" rights. This is why we use the broad language of " all rights, title and interest..";
E. As to the 'sale" of the works of art Ms. Savas does not want any monies. She expects that if there is a sale the money will belong to the Foundation. I will insert an appropriate provision wherby such interest is waived;
F. As to the right of notice, it is the Foundation, the owner of the copyrights, which will have that right. Mr. Portalakis will no longer be the owner of the copyrights;
G. The agreement is made under New York State law which allows the transfer. I have no idea what the impact will be under Greek law; and
H. As to the Foundation, the transfer cannot be legally made until such time as the Foundation is legally formed. The agreement cannot be executed until that occurs.
I trust this answers you questions. If you require any further information, please advise.
Please advise if the above is satisfactory so that I can make the necessary modifications to the asgreement.

Sincerely,
Arthur A. Mannarino

GS-00366