# Exhibit 15

Donation Documents to

Whitney Museum December 16, 2009

Plaintiff's Exhibits in Opposition to Motion to Dismiss

Savas v. Portalakis  12 cv 1248 (VM)

EXHIBIT
Pl.Ex. 15

# HOLLIS TAGGART GALLERIES

## Appraisal

Based on current market conditions, prior sales of similar works and my personal inspection of the work, I am appraising the replacement value of the work pictured below to be **$225,000**



*Saga of Ancient Alphabets*, 1948
Oil on masonite
48 x 36 inches
Signed and dated lower left: "T. Stamos '48"
Titled, signed and inscribed verso: "SAGA OF ANCIENT ALPHABET, =-Theodoros Stamos, 45 East 22 st, N.Y.C. U.S.A."
Kouros Gallery label verso/Louis K. Meisel label verso

November 3rd, 2009

*Hollis Taggart*

Hollis C. Taggart
958 Madison Avenue   New York, New York 10021   Tel 212 628 4000   Fax 212 570 5786   www.hollistaggart.com

GS-00142

WHITNEY

Whitney Museum of American Art
945 Madison Avenue at 75th Street
New York, NY 10021
www.whitney.org

Tel. (212) 570-3676

January 8, 2010

Georgianna Savas
122 West 70th Street
New York, NY 10023

Dear Georgianna Savas:

Thank you once again for your very generous donation to our permanent collection at the Whitney Museum of American Art. At this time, I would like to return the countersigned deed(s) to you for your records. Your gift was ratified on December 31, 2009 and will be recorded as a 2009 acquisition.

After your appraisal has been completed and your tax form 8283 has been signed by the appraiser, send your documents to my attention for signature and please be sure to include a copy of the appraisal for the object files. Should you have any additional questions, please call me directly at 212.671.1815, and I will be happy to assist you. We are most grateful for your support.

Yours sincerely,

Christa Molinaro

Christa Molinaro
Cataloguer

Enc.: Deed(s) of Gift

Vivian Bullaudy 917-816-2833

ABU

WHITNEY

# Deed Of Gift

I/We, **Georgianna Savas**, do hereby irrevocably and unconditionally donate and convey to the Whitney Musuem of American Art, its successors and assigns (the "Museum"), by way of gift, my/our entire interest in the following artwork (including, without limitation, any copyright interest which I/we may own) (the "Work"):

**DESCRIPTION OF WORK**

Theodoros Stamos
*Saga of Ancient Alphabets,* 1948
Oil on masonite
48 x 36 in.
**T.2009.354**

Donor Stated Value: $ _225,000_

I/We warrant to the Museum that (i) I/we own the Work, (ii) I/we have good and complete right, title, and interest to the Work, (iii) the Work is free and clear of all encumberances and restrictions and that, (iv) to the best of my/our knowledge, the Work has not been imported or exported into or from any country contrary to any applicable law. I/We shall provide the Museum with all documentation and information that I/we have regarding the Work's provenance, exhibition history, record of maintenance and restoration, and the certificate of authenticity, if applicable.

The Museum shall publicly refer to the Work of art as "~~Gift of Georgianna Savas~~." [handwritten: FROM THE SAVAS PRIVATE COLLECTION, COURTESY OF GEORGIANNA ~~Sa~~ STAMATELOS SAVAS HONORING THE ARTIST'S WISHES]
This agreement shall be governed by the laws of the State of New York.

[handwritten: "Gift of Georgianna Stamatelos Savas, in honor of the artist's wishes"]

_____Georgianna Savas_____ 12.16.09
*Signature                              Date    Georgianna Savas
                                                122 West 70th Street
                                                New York, NY 10023

_____   _____
*Signature                              Date

I hereby confirm that this work was accepted into the Permanent Collection of the Whitney Museum of American Art on _12/31/09_, persuant to the terms listed herein.

_Barbi Spieler_                         _1/7/10_
Senior Registrar/Permanent Collection   Date

*If the Work is jointly owned, each owner must sign this form and include their full name and address.    9/2006

GS-00144