# Exhibit 18

Cover Note to Letter dated May 11, 2011
from Georgianna Savas to Portalakis

Plaintiff's Exhibits in Opposition to Motion to Dismiss
Savas v. Portalakis  12 cv 1248 (VM)



Original / Translation

Monfys

5.16.11