# Exhibit 19

Translation to Greek

by Morfy Gikos of May 5, 2011 letter

Plaintiff's Exhibits in Opposition to Motion to Dismiss

Savas v. Portalakis  12 cv 1248 (VM)

Αγαπητέ Κύριε Πορφυριάδη,

Μ'αυτό το γράμμα και τις σκέψεις μου, το πρώτο πράγμα που είναι απαραίτητο να σου πω, είναι ότι με πολύ περηφάνια σου λέω ότι ο σεβασμός και η εμπιστοσύνη είναι το πρώτο και πιο σπουδαίο πράγμα που νοιώθω για την φιλία μας.

Αυτό που αναπολώ να σου εξηγήσω είναι ότι πλησιάζω τα 85 χρονια ζωής, και οχι όπως καθημερινή κατάσταση υγείας, αυτα όλα κανουν δύσκολο, σχεδόν αδύνατον να κάνω πρόγραμα που έκανα όλα αυτά τα χρόνια για τον Στάθο, και όλα αυτα γίνονταν σύγχρονος με τις οικογενειακές μου υποχρεώσεις, που εξακολουθούν να είναι το σημαντικό μέρος της ζωής μου.

Ένα διεθνές ίδρυμα, σαν αυτό είναι περίπλοκο λόγω των εμποδίων της γλώσσας, και τις συνεδριάσεις κάθε 4 μήνες. Θέλω να προτείνω τον γιο μου Jason Savas να μπη στην επιτροπή του ιδρύματος, να με αντικαταστήσει. Έχει πολύ ενδιαφέρον, θέλω να πάρει μέρος σε όλα που αφορούν τον Στάθο. Ο Jason, αξίζει να σε γνωρίσει, αφού έχει ακούσει τόσα πολλά για σένα.

Να γίνω ο εκτελεστής της γνώμης του Στάθου ήταν για μένα μια πολύ σοβαρή υποχρέωση. Είχα πολλές πίκρες και απογοήτωσεις στο

GS-00375

διάβαζα αυτο, που εξακολουθούν μέχρι σήμερα, με θαύμαζα και υπερθαύμαζα.

Ο Σταύρος, ήξερα από καρδιάς ότι είχα την πλήρη υποστήριξη σου, και αυτο με βοήθησε να ξεπεράσω αυτή τη στιγμή.

Γι'αυτο πρέπει να ξέρεις ότι από τη στιγμή που επισκέφτηκα την ομαδική έκθεση με τον Σταύρο στην Hollis Taggart Gallery, αυτο ανοίξε πόρτες που ποτέ δεν περίμενα.

Από τότε που συστήθηκα στην Vivian, την οποία πρωτοείδα καθισμένη ανάμεσα στα έργα του Σταύρου, στο βάθος της Gallery.

Δεν θα ξεχάσω με τι ενθουσιασμό με υποδέχτηκε, τον ενθουσιασμό της για τον Σταύρο και για την γνωριμία μας.

Ήταν τόσο ειλικρινή που αμέσως η μια συμπάθησε την άλλη.

Την Κυριακή αμέσως ζήτησε να δει την συλλογή μου με έργα του Σταύρου.

Εκεί την έπιασα τις επιθυμία του Σταύρου, τα έργα να πάνε σε Μουσεία της Αμερικής, χωρίς να ξέρω όμως πως ν'αρχίσω.

Αμέσως η Vivian μου απαντησε "Με την αδική σου Gina μπορούμε όλα αυτα να τα χειριστούμε επαγγελματικά." την ρώτησα, "Ποιοι είστε;" και μου είπε, "η Hollis Taggart Gallery".

Η Vivian αρχισε αμεσως δουλεια, επαφη με τον Michael Taylor, και συμφωνησε για να ερθει στο Σταφου να παει στα Μουσεια με την βοηθεια του Michael Taylor.

Η Vivian επισης ηρθε σ' επαφη με τον Charles Duncan, τοπικο δικηγορο του Smithsonian, που αμεσως μου ξεκαθαρισε για το ποσο ενδιαφερομενος ηταν, και οτι αποδεχεται την συλλογη Σταφου την εχω κρατησει για 20 και χρονια.

Η Vivian ειναι ενα φανταστικο γυναικας. Τα εργα ειναι τωρα σε μεγαλα Μουσεια, και αυτο ηταν μεγαλη προκληση για μενα, και δεν θα γινοταν χωρις την βοηθεια της, την οποια ολος ο κοσμος των Μουσειων και της τεχνης, την σεβονται και την θαυμαζουν. Επισης με ανακουφισε απο πολλα αλλα πραγματα που κρατουσα για χρονια, και που δεν ειχα πιτον χωρο οταν μετακομισα στο καινουργιο και μικρο διαμερισμα.

Η Vivian παιρνει ολες τις ευθυνες για ολα, κανονιζε ολα τα ραντεβου, για να ερθουν στο σπιτι μας και να διαλεξουν τους πινακες για καθε Μουσειο. Ο Louie και εγω παντα ετοιμοι να δεχτουμε και να περιποιηθουμε τον κοσμο που ερχοταν για μας στη Νεα Υορκη.

Τα αρχεια μου απο ολους τους επιμελητες, δικηγορους, μαζι με τους τιτλους απο τις

δωρητές και από τις επιτροπές των διευθυνων αποδοχης, τα γραμματα με τα πιο υπέροχα λόγια, τις ευχαριστιες για μεγαλοθυμια του Σταθου, τις ευχαριστιες για την Vivian, όλα αυτα τα αισθηματα τα έδωσα στον Δοξιαδη μας.
Νοιωθω προνομιουχα που συναντησα όλους αυτους τους εκλεκτους ανθρωπους.
Ηταν μια πολυ όμορφη εμπειρια για τον Louie και μενα, η μεγαλυτερη ευχαριστηση για το τι εγινε για τον Σταθο. Θυσιασαμε αρκετα πραγματα προκειμενου να εκπληρωσουμε την υποσχεση μας στο εργο του Σταθου.
Τα υπολοιπα είναι ιστορια, που επαναλαμβανω, δεν θα μπορουν χωρις την βοηθεια της Vivian.
Κυριε Πορταλακη, καθ' ολη την διαρκεια της επαφης με την Hollis Taggart Gallery, την Vivian, το Michael Taylor, τον Charles Duncan, τον Robert Mattison και όλους αυτους τους ανθρωπους από τα Μουσεία, που προθυμα και γεματοι ενθουσιασμο ηρθαν στο σπιτι μας να διαλεξουν και από τον θησαυρο των εργων του Σταθου, πανω με κατατρωγει η σκεψις "Τι θα ενοιωθε ο κυριος Πορταλακης τωρα; Τι συναισθηματα θα ειχε αν ητον εδω;" Όλες αυτες τις στιγμες σε σκεφτομουν σε καθε βημα, και ευχομουν να ησουνα εδω. Και όλοι αυτοι οι ανθρωποι να

GS-00378

V

συναντούσαν τον μεγαλύτερο διεθνώς συλλέκτη
του έργου του Σταμου.
Τώρα μετα το τέλος αυτής της δουλειας
το δραμα του Σταμου συνεχίζεται.
Οταν ολοι συγκεντρωνομασται στο σπιτι μας,
γυρω απο το τραπέζι της κουζινας μας, ο Louie,
εγω, η Vivian, η Μορφω και ο Jason κουβεντιαζουμε
η κουβεντα μας παει σε καινουργια σχέδια, οπως
ενα σοβαρο "documentary", επίπεδο σ'αυτο,
οπως αλλουστε αναφερω και στο βιβλιο μου
"Eyes of Stamos", υπαρχει ενθουσιασμος, κυριως
απο του γυιο του Jason, που με την βοηθεια
του επίπεδο να προγραμματοποιηθει.
Κουβεντιαζοντας για το οτι "documentary"
εχω αναφερω στο group οτι πολλα απο τα
υλικα για τον Σταμο τα εχω στειλει σ'εσενα,
απο τα υπαρχοντα του.
Η τον περιπου το 2006 που αντίγραψα απο
την συρριοτα του, οταν αρχισα ν'ανησυχω
για τα υπαρχοντα του Σταμου, και τότε
πηρα την μεγαλη αποφαση, ότι εσυ είσαι
το καλλιτερο προσωπο να επιστεύτω τα
εργα και όλα τα χαρτια και υπαρχοντα
του Σταμου, αφού τελικα σχεδιαζεις να
φτιαξης ενα Μουσειο για τον Σταμο.
Η τον το 1996 που αρχισε η ιδεα για το
Μουσειο, ο Σταμος ητον πολυ ενθουσιασμενος που
θα ειχε ενα δικο του "Σταμω"

VI

Και μια και μπήκε η κουβέντα για το Μουσείο, θέλω να σε ρωτήσω, ποια είναι τα σχέδια σου σχετικά για το Μουσείο; Καταλαβαίνω ότι η πορεία δεν είναι εύκολο, και εγώ είμαι πάρα πολύ απασχολημένος, αλλά νομίζω ότι πρέπει να κουβεντιάσουμε αυτήν ή άλλως. Και ο λόγος που το αναφέρω είναι επειδή σου έστειλα όλο το υλικό που είχα, υποθέτω για μια αρχή.
Είναι ένα έργο που θέλει πολύ δουλειά και βοήθεια, τους σωστούς ανθρώπους να ξεχωρίσουν και να καταγράψουν το υλικό, και τελικώς ρεαλιστικά, θα πάρει μερικά χρόνια.
Ίσως τώρα είναι η σωστή ώρα για να προωθήσουμε όλες τις ιδέες, ειδικά τώρα που έχεις αρχίσει το ίδρυμα, το οποίο και ενθουσίασε όλους, θα αναπτύξει ένα καινούργιο ξεκίνημα για το Ελάφο.
Τελευταία είχα την ευκαιρία να ξαναδιαβάσω το συμβόλαιο για το ίδρυμα, και έχω μερικές απλές ερωτήσεις σχετικά με την επιτροπή του ιδρύματος.
Βλέπω πόσο σοβαρό είναι να είσαι μέλος της επιτροπής και να παίρνεις αποφάσεις. Ουσιαστικά, νομίζω ότι πνευματικοί και μορφωμένοι άνθρωποι πρέπει να παίρνουν μεγάλες ή μικρές αποφάσεις για το καλό του ιδρύματος, και εγώ δεν νοιώθω ότι έχω αυτό το προσόν, να ανακατωθώ και να αποφασίζω.

GS-00380  6

VII

Θα μου συπομα 85 χρονων, και ανησυχω για το αν παθω κατι; Θελω να το κουβεντιασουμε, συμφωνω να παραμεινω σιωπηλο μελος, αν βεβαια συμφωνεις και εσυ σ'αυτο - και κυριε Πορζαλακη τι μελλον σε σενα; φυσικα εισαι πολυ νεωτερος μου, αλλα και παλι, τι θα γινει; δεν πρεπει να προορισεις ενα αλλο προσωπο;

Οσο μεγαλωνει ο Louie και εγω, και βλεπουμε τι μελλον μπρος μας, νοιωθουμε οτι πρεπει να καλυψουμε ολα αυτα -

Μας αρεσει πολυ που η Σοφια και ο Μαρκος ειναι στην επιτροπη, ειναι εξαιρετικα επιλογη. Οσο για την Edie, νομιζεις οτι τωρα με ολες τις οικογενειακες της υποχρεωσεις θα μπορει να ανταποκριθει σε τοσο σοβαρη υποχρεωση; Επιθυμω να δω περισσοτερους ανθρωπους στην επιτροπη, ανθρωπους της τεχνης, με γνωσεις, ποιοτητα και ηθος, θα αναφερω ενα τετοιο προσωπο, την Μορεν, για την οποια εχω μεγαλη εκτιμηση, ειναι αυτο για σκεψη; Ο Jason επισης εχει μια καλη φιλια με την Μορεν και εκεινη μπορει να τον βοηθησει στην μεταφραση - Ειναι χαρουμενη που μπορεις να προσθεσης ονοματα -

Μια αλλη ερωτηση που εχω ειναι, εαν για καποιο λογο το Ιδρυμα χαθει, τι ορους εχεις προβλεψει για αυτο;

GS-00381

Όλοι θα περιμένουμε την επιτυχία του Μουσείου και του ιδρύματος, και όλοι τις απόψεις ιδέες και σχέδια για την επαναφορά της σωστής όψης για τον Σταθμό σαν κόστο της Τέχνης.

N.Y.
Summer XI

Translated by:
MOREY GIKAS