# Exhibit 20

Letter dated August 28, 2011
from Georgianna Savas to Portalakis

Plaintiff's Exhibits in Opposition to Motion to Dismiss
Savas v. Portalakis  12 cv 1248 (VM)

August 28, 2011



Dear Z.P.

To begin with I find myself in a very delicate position concerning matters – legal matters – in particular involving copyrights assigned to me which I then assigned to the Foundation.

Before I bring this to your attention I should like to impress upon you the sadness and grief I am going through with the passing of Louie. I have now lost two of the most important people in my life – Stamos and Louie. It is fifteen years ago that Stamos passed away and never has a day gone by that I haven't shed tears over him and now I am grieving over Louie at the same time.

However, throughout these fifteen years with all my sadness I have carried on the work of Executrix that Teddy entrusted upon me. I've had many disappointments starting with the family I grew up with and loved so much and then with the family in Lefkada. Other disappointments were also along the way with known and unknown people. Nevertheless, I had the moral support of my family and the love, kindness and genius of Louie to help me through this period. As you know I was very ill in 2005, and as sick as I was the most important issues on my mind was the Stamos Estate, what would happen to it if I did not recover – the other issue was my family responsibilities which I have taken very seriously and wanted to be sure everything was straightened out, not to leave any stones unturned. I reached the age of 85 and am in poor health and cannot go through anymore Stamos Estate problems, which I have been hearing about for quite a while through anonymous phone calls, letters and indirectly just by people talking.

Since I have never doubted your trust, sincerity and ability I did not dwell on it, hoping and knowing that you would take care of the matters, whatever they were. I was never fully aware of what was going on and therefore was leaving everything up to you.

I was aware that you brought suit against an auction house regarding Stamos fakes, however because you rarely brought up the issue on the phone I thought it was taken care of, and with my limited Greek I would not be able to start a conversation about it, assuming that I would not understand your explanation. While I was caring for Louie at home he was aware of what was going on. His reaction and response was that Z.P. should not have brought on this litigation and to walk away from it before it gets out of hand. His thinking was twofold, the first being that in case they were not considered fakes, this would protect you. The bigger issue that concerned Louie, in general, in regard to the matter of forgeries in the art world was that they should be handled by a group of designated experts.

GS-00028

What I have heard is that there is a law suit pending on October 14th; people have made me aware of this. All this has happened after Louie passed away, so I don't have him to even help me through this ordeal.

It seems from what I hear, the primary objection on the part of the people who claim they received a certain letter or telephone call to whatever it is that was stated by you, is that you personally hold all the copyrights and have the right to authenticate the Stamos works. That is the way I understand this case.

Please know that I have reservations about the claim made against you - that you have indeed telephoned or written letters and signed them with your signature - stating that you are the sole beneficiary of the copyrights. This can always be handled apart from the case if you can show proof that it was not done by you.

It is my will, as per our 'Assignment of Copyrights' Contract (May 13, 2009) that the transfer of my copyrights is to be used exclusively for the Stamos Foundation, once the Foundation was approved by the Greek Government, and not to be used personally.

We should all be working for the good of Stamos – avoid another Stamos scandal which will be detrimental to his legacy, which he will never recover from. As it now stands, much damage has been done to Stamos in America as a result of this lawsuit. Patrons and buyers are hesitant to sell or purchase a Stamos because of accusations of it being a fake, henceforth being sued. This is the last thing Stamos would want to happen – another lawsuit which would destroy all we have accomplished.

I beg you and implore you to drop the October 14th court case, before the New York Times and world wide media gets a hold of the story.

*[signature]*

GS-00029