# Exhibit 21

Letter dated September 21, 2011
from Arthur A Mannarino, Esq. to Portalakis

Plaintiff's Exhibits in Opposition to Motion to Dismiss
Savas v. Portalakis  12 cv 1248 (VM)

# Mannarino & Candela, P.C.

Steven Candela, Esq.     Attorneys at Law     Arthur A. Mannarino, Esq.

315 Madison Avenue, Suite 1804
New York, New York 10017
Tel No.: (212) 689-1131
Fax No.: (212) 689-4772
www.mannarinoandcandela.com
aam2920@yahoo.com



September 21, 2011

Mr. Zacharias G. Portalakis
Pesmazoglou 8
Athens 10559 Greece

Re: Copyrights to works of art of Theodoros Stamos

Dear Mr Portalakis:

    On the 13th day of May, 2009 you entered into an "Assignment of Copyrights" agreement with Georgianna Savas as Executrix of the Estate of Theordoros Stamos, This agreement specifically and unconditionally provided that all the rights and copyrights of the works of art of Theodoros Stamos, except those in Greece, were being assigned to you solely on the specific condition that upon the legal formation of the **THEODOROS FOUNDATION** you were to "promptly" transfer and assign to the foundation all rights, title and interest to the copyrights, which terms you specifically accepted and unconditionally agreed to.

    The foundation was supposedly incorporated on September 24th of 2009 in Greece. However, as of this date you have willfully failed to meet the above stated conditions which has clearly resulted in your complete and willful failure to act as required by the Assignment agreement.

    Furthermore, according to Article 16 of the Foundations by-laws you as founder and son of Georgios were required within five(5) working days since the publication of the relative approving presidential decree to deposit at the Foundation's bank account the amount of fifty thousand (50,000.00) euros, as well as to submit the said by-laws to the appropriate authority for approval. This you have also failed to do.

    As a result of your complete and willful failure to act as required by the Assignment agreement your said failure to act constitutes a material breach of the Assignment agreement. As a result thereof the transfer and assignment of the copyrights by Georgianna Savas are hereby immediately revoked and all rights and copyrights of the works of art of Theodoras Stamos are in fact terminated and duly revert solely to Georgianna Savas.

    A copy of this letter will be presented to all interested parties.

Yours truly,

Arthur A. Mannarino

AAM:no:

Ms. Georgiana Savas

GS-00347