# Exhibit 22

Letter dated September 27, 2011
rom Georgianna Savas to Vasiliki E. Betsou, Esq.

Plaintiff's Exhibits in Opposition to Motion to Dismiss
Savas v. Portalakis  12 cv 1248 (VM)

Ms. Georgainna Savas
120 West 70th St  Apt. # 1B
New York, NY 10023
U.S.A.



September 27, 2011

Vasiliki Betsou
Navarinou 14
10680 Athens
Greece
Tel. +30 210-3633919
Mobile +30 6987-578803
Email: vikibts@yahoo.gr

Vasilios Con. Nicou
Dodekanisou 2
54626 Thessaloniki
Greece
Tel. +30 2310 55 0045
Fax. +30 2310 52 9035
Email: vasnikou@otenet.gr

Dear Attorneys Betsou and Nicou:

I have received copies of complaints filed by you on or about July 23, 2008 and again on January 13, 2009 in the Single-Member Court of First Instance of Thessaloniki both entitled

**Georgianna Savvas**, spouse to Leonidas (Savvas), born to Theodoros and Stamata Stamatelou, USA resident, New York State, 132 West 70th Street, New York, 10023
**VERSUS**
**Athanasios (Thanos) Evangelinos**, resident of Thessaloniki, Greece, 5 Alexandros Svolos Street, owner, in the same address, of the Greek art auction house branded "Hellenic Auctions" (contact addresses: telephone 2310-227007, fax 2310-227799 and, internet www.hellenicauctions.com)

I am Georgianna Savas and reside at 120 W. 70th Street, New York, New York 10023, USA. I did not authorize either of you to bring this litigation in my behalf. I have not, to my recollection, ever provided a power of attorney to either of you. Perhaps someone placed a Greek document (I do not speak Greek) in front of me and asked me to sign.

If my signature appears on any such documents, please immediately send me a copy by DHL and also send a copy to me c/o Anthony Mannarino, Attorney at Law, by facsimile at (+1 212 689 4772) and by e-mail at (aamm2929@yahoo.com).

DACIA McKENZIE
Notary Public, State of New York
Qualified in Queens County
No. 01MC6134860
My Commission Expires 10-11-2013

9/27/2011

GS-01314

Neither of you are authorized to bring any litigation in my behalf. Any powers of attorney to either of you are hereby revoked. Please also inform the court of your lack of authority so that the court files indicated that such cases where filed without my permission.

Very truly yours,

*Georgianna Savas* (signature)

Georgianna Savas

DACIA McKENZIE
Notary Public, State of New York
Qualified in Queens County
No. 01MC6134860
My Commission Expires 10-11-2013

9/27/2011

cc:
Anthony Mannarino
Vassilios Hadjioannou
Spyros Nikolaou
Alkiviades Grigoriades

GS-01315