# Exhibit 23

Letter dated October 5, 2011
from Portalakis to Jason Savas

Plaintiff's Exhibits in Opposition to Motion to Dismiss
Savas v. Portalakis  12 cv 1248 (VM)

Wednesday, 5th October 2011



Dear Jason,

I decided to write you a few words after the discussion you had with Morfy. My decision has to do with what Morfy told me about your character and with the good intention you have to help us out in whatever way possible from this difficult position we are in all together during this time.

Initially I want to thank you for your willingness even to come to Greece if you needed to provide us with your help, then I want to apologize for the inconvenience I caused to your mother and yourself. I want you to know that there was no bad intention in anything of what is done. Perhaps some mistakes were made due to the fact that it was not so easy to speak accurately with your mother about law matters. Since 1987, when I met Stamos I stayed with him for ten years, experiencing great joys while admiring him as a man and artist, and very great sorrow because of his deteriorating health.

I loved his artistic creation so much that I became the leading collector of works of Stamos in the whole world. This entire collection has a single purpose. I would like to build a museum in Greece for Stamos, where the whole world can come to Greece and admire the work of a great artist. For twenty-four long years I worked and spent all my money for this cause, although I've never gained a dollar from it. I want you to know that even today I give all of my soul for this cause.

Apart from the collection which was created with such passion, I had to guard the work of Stamos; according to the handwritten letter he gave me without me asking for it, and which has to do with me being responsible for verifying the authenticity of his works. But now I understand that he must have known something or maybe he was afraid of something and that is why he gave me this letter, as it now is proven by the facts.
The responsibility that he put on my shoulders was sacred to me and I felt I had to take this responsibility. Several years passed for your mother to understand what kind of person I am, what my family is like and how much I've struggled to have achieved some of the things I dreamed of. As soon as she realized this she stood next to me with your father, (both of them, amazing people) hand in hand to restore the name of Stamos, which had indeed suffered a lot.

With the power of our souls together, your parents and I have achieved slowly but steady to restore his great artistic figure. But some people's jealousy and their intention just to make money began after his death to come in between us. We were not afraid, did not turn back, and did not abandon this cause until today.

Wanting to stop some crooks and forgers I got involved in two lawsuits. The first one in Thessaloniki, where someone called "Evangelinos" copied rather shabbily

a painting of Stamos which belonged to my collection, fact which got publicity in the media in Greece. In this lawsuit which is called "precautionary measures" I prohibited these works from entering any auction. So I won. Then this had to be followed by another one called "regular treatment" which will be held in 2012. When the decision came out of this first court both myself and your parents were very happy. But to understand what "Evangelinos" means I have to tell you the same man still has to face one hundred and fifty other similar lawsuits for forgeries. People like him I confront without fear. It would have been a great insult for Stamos and of course for us if a "work" like that was to enter the market with the signature of Stamos. Only if you saw it up close you would understand that I am telling you much less than I should. The second lawsuit against Mr. Vergos was about two forged works of Stamos in 2009. They belonged to Mr. Efstathiou but I found out 2 years later about this. Once I saw this, I called Mr. Vergos to my office and by showing him some original works of Stamos I explained to him why the other were forged. He asked me to go to his office to see them up close. I went immediately and showed him in great detail the works were not original. Then he told me that he probably would not put them in an auction, without revealing to me whom they belonged to. However, he put them in the auction and showed that they were sold. So audacious was he. With enough witnesses and evidence I am about to prove my allegations about the forgery. This court is on October 12th 2011. In order for you to understand better I should inform you that he hasn't got any documentation of where he got the works from nor paperwork about how they came to Greece without passing customs control.

The fear of Vergos was so great when he understood that in the end the works were forged, that during the entire summer he sent people to me to beg me to stop. I told him that I would withdraw the lawsuit if he did not put the works in the market again. To do this, we formally must wait until October 12th 2011, to say it in court. Only this way will everything really end.

That is my decision and I wrote it to your mother by writing that I will make it "just for her sake", because I saw the anxiety she was going through. This will really be done on the 12th of October 2011. It is that simple. But your mother did not believe me and suddenly the lawyers of my opponents began to receive several documents and in one day everything changed. For two years they did not dare to do anything at all except to beg me to stop the lawsuit.

When Louie just died and Gina was going through a great sorrow they took the opportunity to blackmail her and threaten her that she would to go to prison, and that the name of Stamos was to suffer again etc. But who are these people?? Those who dare to make forgeries? Those who do not know what to say in court? Everyone knows them and they can do absolutely nothing. Only threats and blackmail. These threats have shaken the confidence of Gina in me although for 24 years I was just struggling for Stamos. But didn't Gina herself decide the same? To fight together with me for this sacred cause? In her panic, however, she forgot that she has made two mandates so that we would be together and for me to do what I think is best for our common purpose. Today and with no reason she writes about withdrawals of these mandates and the copyrights, pointing out to the opponents that I did this without her knowing. By showing that to my opponents (the forgers of Stamos) she presents me as a liar, crook and unworthy person even to transfer the copyrights to the Foundation of Stamos. You know exactly what she sent to them. Why Jason? If anyone should be

afraid of something it is just me and not Gina. I am responsible all alone and I stand on everything that has happened to me until today. But I have Stamos close to me and within me in the end with a handwritten letter that he left me when he realized who I was. This and only this, with all of my soul I want to support for my lifetime! This does not mean that there weren't some mistakes made. The mistake is that the lawyers who have to face the judges only for a few minutes had to show that apart from me it is Gina who stands beside me, the sole heir of Stamos. Gina, who knows now what I have done all these years and decided to transfer me the copyrights only to pass them on to the Foundation of Stamos, which will have the right to take care, promote and highlight the work of Stamos for 70 whole years after his death. All these years can only apply through a Foundation. We all will go through life with a clear conscience that we did what was necessary. This is the profit that we will have and nothing else.

That's okay though. I do not hold any malice to anyone. Gina did what she thought was best at every difficult moment. Now they found her weak, they blackmailed her and they got documents that will be the gun and the bullet to attack me. Maybe I do not deserve this. But I think that now everything can be corrected. The way is one and only. To revoke the letters she sent to the lawyers and write that she is still by my side completing another paper for my own lawyers stating that for reasons having to do with "the memory of Stamos", (personal reasons), she wishes to resign from the courts in Thessaloniki and Athens, just like I will do and at last all this comes to an end. Doing this finishes completely any lawsuit made without fear of anything else. I write this and I take all the responsibility on me. Keeping my letter she will have further evidence that I took full responsibility and that I still take it so that they can no longer touch her for any reason. All this I am writing about should be formal, through your lawyer or through my own lawyer in New York and it should be ready before October 12th 2011 and not 14th as she thought. My lawyer in New York who knows about the case is:

NICOLAS PATOURIS

ATTORNEY AT LAW

1350 BROADWAY

SUITE 2500 NY 10018

TEL: 212-2132326

FAX: 212-6431882

Mail: nyaw100@yahoo.com

If you agree the lawyer is willing to help us as quickly as possible, otherwise we can have your own lawyer in conjunction with Mr. PATOURIS, who knows exactly what needs      to      be      made      for      Greece      to      finish      everything      here.

GS-00035

I would like to add that as far as the copyrights are concerned, the same thing should be done because here there have been mistakes too. The copyrights were transferred to me as it is written in the contract only to transfer them to the Foundation. But the lawyer wrote that she recalls it because we did not pay the $ 50,000 and I did not establish the Foundation. You must know that the articles of association of the Foundation have been tabled to the State in September 2009 with a capital of $100,000 and not 50,000 as was originally planned. This has passed by the Ministries of Finance, Culture, and Education and we are expecting the signature of the President of the Greek Republic. It should therefore be withdrawn, , in order for me to be able to transfer the copyrights to the Foundation and as I said to Gina she may propose whoever she wants for the Board, even though I won't be in it.

Dear Jason, I believe in all these sad and bad things that happened there is a good thing. I was able to get in touch with you and explain to you briefly what I did in my life for Stamos and to ask you to concern yourself with the Foundation. It is worth the time and energy and you should be proud to serve this noble purpose to a great artist who came to this world and left such a great work for the next generations. Without wanting to tire you any more I want to thank you truly for your willingness to help in these difficult times we are passing. But if you and Gina judge and decide to leave things as they are I am going to thank you again and I am sure I will get over my problems with the help of God. I believe God will help me because of everything I did in my life and it is unfair for me to have to confront liars, blackmailers and forgers. I will always be with you for everything you may need on issues that will help towards the recognition of the work of this great artist.

And here is a question for you to think about: Why did not all of these people dare to approach and blackmail Gina as long as Louie lived, as they did immediately after his death?
I will always be near you with all my love and all my strength. I undertake the entire responsibility for what happened.


Zacharias Portalakis



PS. I expect you anytime you want in Athens to be my guest for as long as you want or otherwise I will make the big decision to make the trip to New York and finally get to meet you.

GS-00036