# Exhibit 24

Letter dated October 3, 2011
from Arthur A Mannarino, Esq. to Portalakis

# Mannarino & Candela, P.C.

Steven Candela, Esq.                    Attorneys at Law                    Arthur A. Mannarino, Esq.
315 Madison Avenue, Suite 1804
New York, New York 10017
Tel No.: (212) 689-1131
Fax No.: (212) 689-4772
www.mannarinoandcandela.com
aam2920@yahoo.com



October 3, 2011

Mr. Zacharias G. Potalakis
Pesmazoglou 8
Athens 10559 Greece

Re: Coyrights to works of art of Theodoros Stamos

Dear Mr. Portalakis:

   I am the attorney for Georgianna Savas. Enclosed is a copy of the letter written to you by Ms. Savas pertaining to the works of art of her brother, Theodore Stamos. I am hereby alerting you that if the demand set forth in Ms. Savas' letter is not complied with litigation will then be necessary.

   I trust that you will honor Ms. Savas' request and avoid unnecessary and costly litigation.

                                        Yours truly,

                                        Arthur A. Mannarino

AAM:no
enc
cc: Gergianna Savas
    Jasson Savas

GeorgiannaSavas

120 West 70 Street, Apt. 1B

New York, NY 10023

Mr. Portalakis,

Regrettably do I write this painstaking letter that follows:

My pain cannot be measured with the series of events that have occurred going back to the year 2008, which the seriousness of it I have only become aware of as late as August 2011, after the passing of Louie. In April 2011 while attending the Stamos exhibition "Mapping Infinity and More" (brochure enclosed) it was brought to my attention that something strange was happening which was attributed to you, Mr. Portalakis. It was very hard to understand, very confusing to me and not wanting to believe it, I dismissed it. People in the art world were trying to spare my feelings during the time when I was attending to my ill husband, at home. These same people also knew of our close relationship and were extremely sensitive for me and how I would take it, but they finally brought it to my attention. I am shocked and quite ill over this situation emotionally and physically, and this has motivated the request that I am making.

Throughout my book "Eyes on Stamos" it is obvious that I took on as Executrix a very serious commitment and a sacred and silent oath to honor my brothers wishes. As is known I have donated all my private collection of Stamos works to various public institutions throughout the United States.

It is important that everything that I sent to you to store for me for the museum that was planned over 15 years ago, that has never happened, be returned to America. That includes all materials, sent in multiple stages, i.e. paintings, drawing books, compilation of personal material, memorabilia, documents, etc., so that they can be donated to the proper 'public institutions'.

GS-02010

I can't afford to waste any more time, I would like to accomplish as much as possible while I can. My main concern is my love for my brother, as he kept saying to me: Gina, you're going to save my work!!!

With the continuing expertise of interested individuals in the art world such as Vivian Bullauday, Michael Taylor and Charles Duncan of the Smithsonian, we intend to continue Stamos' wishes which include; working on a catalog riasonee and my greatest desire as mentioned in my book, to have a documentary produced. We are also in the initial stages of setting up a Theodore Stamos website, something unimaginable to Stamos.

The entire art world here in America is fully aware of this ugly situation in Greece, particularly Thessalonica. You have violated the trust that I had in you. You have created a legal mess unnecessarily and damaged many people along the way. Therefore this is my final request: Please return all of my Stamos works in their entirety within the next 30 days.

*[signature]*

CC:

Michael Taylor

Charles Duncan

Vivian Bullaudy

GS-02011