# Exhibit 25

Email dated October 19, 2011
from Jason Savas to Nicholas Patouris Esq.

Plaintiff's Exhibits in Opposition to Motion to Dismiss
Savas v. Portalakis 12 cv 1248 (VM)



**Zacharias Portalakis**

Wednesday, October 19, 2011 9:28 AM

From: "Jason Savas" <brokenarrownyc@yahoo.com>
To: "Nicholas Patouris" <n.patouris@inetmail.att.net>
Cc: "Zacharias Portalakis" <info@Portalakis.gr>
4 Files (1188KB)

   

Dear Jason- / Oct.3 -11 cc / Oct.3 -11 G / Oct.3-11 Gi



EXHIBIT
Pl.Ex. 25

Mr. Patouris,

Pursuant to Mr. Portalakis' email dated Wednesday October 5, 2011 (see attached), I am making a 'Good Faith' effort to contact you to hopefully schedule a meeting so we can resolve a complicated matter amicably.

Secondly, I have not gotten a response from Mr. Portalakis regarding my mother's letter, dated October 3, 2011, (see attached).

You can contact me at email: brokenarrownyc@yahoo.com to hopefully set up a face to face meeting. Thank you for your attention to this matter and I look forward to hearing from you soon.

Sincerely,

Jason Savas
251 West 92 St. #2B
NY, NY, 10025
212 874-7053

ECF-02785