# Exhibit 26

Email dated October 28, 2011

Nicholas Patouris Esq.  to Jason Savas

Plaintiff's Exhibits in Opposition to Motion to Dismiss

Savas v. Portalakis  12 cv 1248 (VM)



| | |
|---|---|
| **RE: Zacharias Portalakis** | Friday, October 28, 2011 3:52 PM |
| **From:** "Nicholas Patouris" <n.patouris@inetmail.att.net> | |
| **To:** "'Jason Savas'" <brokenarrownyc@yahoo.com> | |

Mr Savas,
Give me a call on Monday, to discuss this matter, please.
Thanks.

Nicholas Patouris, JSD
Attorney at Law
1350 Broadway, Suite 2500
New York, NY 10018
Tel (212)  213-2326
Fax (212) 643-1882

**EXHIBIT Pl.Ex. 26**

---

**From:** Jason Savas [mailto:brokenarrownyc@yahoo.com]
**Sent:** Wednesday, October 19, 2011 9:28 AM
**To:** Nicholas Patouris
**Cc:** Zacharias Portalakis
**Subject:** Zacharias Portalakis

Mr. Patouris,

Pursuant to Mr. Portalakis' email dated Wednesday October 5, 2011 (see attached), I am making a 'Good Faith' effort to contact you to hopefully schedule a meeting so we can resolve a complicated matter amicably.

Secondly, I have not gotten a response from Mr. Portalakis regarding my mother's letter, dated October 3, 2011, (see attached).

You can contact me at email: brokenarrownyc@yahoo.com to hopefully set up a face to face meeting. Thank you for your attention to this matter and I look forward to hearing from you soon.

Sincerely,

Jason Savas
251 West 92 St. #2B
NY, NY, 10025
212 874-7053