# Exhibit 28

Letter November 9, 2011 from Arthur A Mannarino Esq. to Nicholas Patouris Esq.

Plaintiff's Exhibits in Opposition to Motion to Dismiss
Savas v. Portalakis  12 cv 1248 (VM)

Mannarino & Candela, P.C.

Steven Candela, Esq.

Attorneys at Law
315 Madison Avenue, Suite 1804
New York, New York 10017
Tel No.: (212) 689-1131
Fax No.: (212) 689-4772
www.mannarinoandcandela.com
aam2920@yahoo.com

Arthur A. Manniarino, Esq.

EXHIBIT
Pl.Ex. 28

November 9, 2011

**E-MAIL: n.patouris@netmail.att.net**
**Fax (212) 643-1882**
Mr. Nicholas Patouris
1350 Broadway (Suite 2500)
New York, New York 10018

Re: Georgianna Savas

Dear Mr. Patouris:

My office represents Ms. Georgianna Savas. My client has provided me with a copy of the enclosed letter she wrote to Zacharias Portalakis pertaining to the works of art of her brother , Theorore Stamos. As this matter is very serious and quite involved Ms Savas has requested that all future correspondence shall go through me.

Please feel free for you or you legal counsel to contact me with any questions

Very truly yours,

Arthur A. Mannarino

AAM:no
enc
cc: Gorgianna Savas
Jason Stamos