# Exhibit 32

Letter dated September 6, 2011
from Georgianna Savas to Portalakis

Plaintiff's Exhibits in Opposition to Motion to Dismiss
Savas v. Portalakis 12 cv 1248 (VM)

September 6, 2011

Zacharias G. Portalakis
Pesmazoglou 8
Athens 10559 Greece

                      Re: Copyrights to works of art of
                      Theodoros Stamos

Dear Mr. Portalakis:

    I refer to the Assignment of Copyright dated May 13, 2009 from me to you for further assignment to the Thedoros Stamos Foundation, copy attached.

    I understand that you have stated to other parties and agencies that you hold the copyrights to the works of my brother Theodoros Stamos, in Greece under that Agreement.

    Please be aware that as Executrix of the Estate of Theodoros Stamos, I advised you that at no time did I, as a beneficiary, under the Will hold ownership of the copyrights in Greece. Under the Will, of which is in your possession, those Greek copyrights belong to the cousin of Theodoros Stamos, and not to me.

    Please do not represent to others that you or the Theodoros Stamos Foundation own the Stamos Copyrights within Greece.

                                Sincerely,

                                Georgianna Savas

GS-00331
GS-00331

STATE OF NEW YORK )
)ss.:
COUNTY OF NEW YORK )



EXHIBIT
Pl.Ex. 32

On the 6th of September in the year 2011 before me, undersigned, personally appeared **Georgianna Savas**, personally known to me to be the individual whose name is subscribed to the within instrument.

Sworn to before me on this
6th day of September, 2011

_____
Notary Public

ARTHUR A. MANNARINO
Notary Public, State of New York
No.24-4616660
Qualified in Kings County
Commission Expires April 30, 2015

GS-00332