```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------- X
GEORGIANNA SAVAS,                        :    12 Civ. 1248 (VM)
                                         :
                    Plaintiff,           :
                                         :           ORDER
        - against -                      :   CONDITIONAL DISCONTINUANCE
                                         :
ZACHARIAS GEORGIOU PORTALAKIS,           :
                                         :
                                         :
                    Defendant.           :
--------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/12

**VICTOR MARRERO**, United States District Judge.

Counsel, on behalf of the parties, having notified the Court, by letter dated June 11, 2012, a copy of which is attached, that the parties have reached an agreement in principle to settle this action without further litigation, it is hereby

**ORDERED**, that this action be conditionally discontinued without prejudice and without costs; provided, however, that within sixty (60) days of the date of this Order, the parties may submit to the Court their own Stipulation of Dismissal for the Court to So Order. Otherwise, within such time plaintiff may apply by letter for restoration of the action to the active calendar of this Court in the event by the deadline indicated the settlement is not consummated. Upon such notification, the defendant shall continue to be subject to the Court's jurisdiction, the Court shall promptly reinstate the action to its active docket and the parties shall be directed to appear before the Court, without the necessity of additional process, on a date within ten days of the plaintiff's application for reinstatement, to schedule remaining pre-trial proceedings and/or dispositive motions, as appropriate. This Order

shall be deemed a final discontinuance of the action with prejudice in the event plaintiff has not requested restoration of the case to the active calendar within such period of time.

Any further conferences with the Court scheduled in this action are canceled but shall be rescheduled as set forth above in the event plaintiff notifies the Court that the parties' settlement was not effectuated and that such conference is necessary to resume pretrial proceedings herein.

The Clerk of Court is directed to terminate any pending motions and to close this case.

**SO ORDERED.**

Dated:      NEW YORK, NEW YORK
            11 June 2012

                                        VICTOR MARRERO
                                           U.S.D.J.

**Alan D. Sugarman**
Attorney at Law

17 W. 70 Street
Suite 4
New York, NY 10023
212-873-1371
mobile 917-208-1516
fax 212-202-3524
sugarman@sugarlaw.com
www.sugarlaw.com

By Fax: (212) 805-6382

June 11, 2012

Hon. Victor Marrero
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York NY 10007-1312

RE:　Savas v. Portalakis
　　　12 CV 1249 /1248

Dear Judge Marrero:

A telephone conference had been scheduled today for 3:00 PM in the above matter.

As we have advised your law clerk Mr. Weinstock today, it appears that a settlement agreement in principle has been reached between the parties.

Because the settlement will involve the delivery and inspection of art works in Greece for further shipment to the U.S., the preparation of translated Greek documents and dismissal of Greek litigation, we expect that the settlement details will require at least 60 days.

We understand from your law clerk that today's conference will not proceed.

The parties appreciate your patience in allowing us the time to complete the settlement.

　　　　　　　　　　　　　　　　　　　　Yours truly,

　　　　　　　　　　　　　　　　　　　　*Alan D. Sugarman*

　　　　　　　　　　　　　　　　　　　　Alan D. Sugarman

cc:　Laurence Jay Lebowitz (by e-mail)
　　　Nicholas Patouris (by e-mail)